IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICTOF ILLINOIS
EASTERN DIVISION

STATE OF ILLINOIS    )
                   ) SS
COUNTY OF COOK    )

**1:19-cv-01775**

**Judge Robert M. Dow, Jr**

**Magistrate Judge Young B. Kim**

SEBASTIAN C. GHILES; JOHN D. DANIEL, JR. JASON M. AMOS
and ANGELA M. MATTIO,

                       PETITIONERS,

       Vs.

Case #_____

MUNICIPAL ELECTORAL BOARD/COMMISSIONERS OF CHICA-
GO HEIGHTS, IL.: DAVID A. GONZALEZ, MAYOR OF CHICAGO
HEIGHTS, IL; LORI WILCOX, CHICAGO HEIGHTS, IL. CITY CLERK;
WANDA ROGERS, ALD., 3RD WARD, CITY OF CHICAGO HEIGHTS;
VINCENT ZARA NTI, ALD., 6th WARD, CHICAGO HEIGHTS;
and DENNIS G. GiLANOPOLUS, ATTORNEY FOR CHICAGO HEIG-
HTS ELECTORAL BOARD; THOMAS J. SOMER, CORPORATION
COUNSEL, CITY OF CHICAGO HEIGHTS/SUPERVISOR OF BLOOM
TOWNSHIP; OBJECTORS: MICHAEL A. STEBEL; RUBEN REYNOSO
RICARDO CASTANEDA II+SHEILA FREEMAN; NATHAN DAVIS +ERI
CA HUNTER; THE ILLINOIS BOARD OF ELECTIONS; KAREN YAR-
BROUGH; THE COOK COUNTY CLERK; and RACHEL VEGA, DEPU-
TY CLERK, CITY OF CHICAGO HEIGHTS, IL.

**FILED**

3-13-19

MAR 1 3 2019

THOMAS G. BRUTON
CLERK. U.S. DISTRICT COURT

RE: CHICAGOHEIGHTS ILL
ELECTIONS
UNiTY PARTY )
TRANSGREESSIONS

               RESPONDENTS,

PETITION TO PROTECT AND ENFORCE OUR VOTING RIGHTS AND CONSTITUTIONAL RIGHTS IN
CHICAGO HEIGHTS, IL

NOW comes the Petitioners Sebastian Calvin Ghiles, John D. Daniel, Jr., Jason M. Amos and
Angela M. Mattio complaining of the Respondents: The Municipal Electoral Board/
Commissioners of the City of Chicago Heights, IL. David A. Gonzalez, Mayor of Chicago Heights,
IL., Lori Wilcox, City Clerk of Chicago Heights, IL.; Wanda Rogers, 3rd Ward Alderman, of Chicago
Heights; Vincent Zaranti, Alderman of the 6th Ward; and Dennis G. Gilanopolus, Attorney for the
Board/Commissioners, Objectors: Michael A. Stebel; Ruben Reynoso; Ricardo Castaneda II+
Sheila Freeman; Nathan Davis + Erica Hunter; The Illinois Board of Elections; Cook County Clerk
Karen Yarbrough; and Rachel Vega, Chicago Heights Deputy Clerk, stating the following:

1

I.      BACKGROUND:

A. Chicago Heights is the largest municipality in the south suburbs of Cook County. As such all early voting in 2011 was from the municipal building located at 1601 Chicago Road, Chicago Heights. However, with complaints that the City of Chicago Heights' had vote buying, electioneering, etc., the Cook County Clerk's, Department of Board of Elections was forced to eliminate Chicago Heights' early voting privileges. The closest early voting location, for Chicago Heights is the Village of Park Forest IL.

B. In Chicago Heights there used to be political parties of republicans, democrats, party, independents, etc. The republicans began losing to the democrats. Thomas J. Somer was the Bloom Township Supervisor as a republican. He wanted to become a judge. Somer ran as a republican for a judge, He did not win. Republicans had problems winning. Some republicans switched to democrats. Somer, among others, created what they called the "Unity Party" by merging local republicans and local democrats. This was further complicated and caused confusions by the Unity Party's political ties that were interwoven and a stranglehold to the city, park district, two school boards, etc., jobs being controlled, either by Mayor David Gonzalez (it is verily believed that he doesn't live in Chicago Heights), park district supervisor, Frank Perez who was the second Ward alderman, Bloom Township Supervisor/ City Corporation Counsel Thomas J. Somer, etc. The principals in the Unity Party were: Mayor David Gonzalez, Thomas J. Somer the Chicago Heights Corporation Counsel and the Bloom Township Supervisor, Rachel Vega who was an Assistant to Mayor Gonzalez and appointed by Mayor Gonzalez as the

2

deputy to Lori Wilcox. she runs the Clerk's office, and she is controlled by Mayor Gonzalez, Lori Wilcox who is verily believed not to live in Chicago Heights, but lives in Chicago Il. as indicated by her filing papers to run for the City's Clerk's position. (Exhibit A) She is on a string because she does not live in Chicago Heights and she has a Pro Cleaning business in Burr Oaks, IL in addition to her position as Clerk Park District Superintendent Frank Perez ties in with his no bid contracts with the city which keeps him on a string, Wanda Rogers, 3rd ward Alderman is controlled four her job position with the, Park District, keeps her beholden to the Unity Party not the people. **See exhibit "B"**

C. UNITY PARTY'S MUNICIPAL ELECTORAL BOARD MEMBERS: Mayor David Gonzalez who controls the Unity Party; 3rd ward Alderman Wanda Rogers, 6th Ward Alderman Vincent Zaranti, City Clerk Lori Wilcox.

D. We have been told that dead people voted in Chicago Heights in 2015 in order to defeat John D Daniel for Alderman who officially lost by one vote. We have requested a copy of 2015 thru 2019 death record form the city, from county and the state to prevent dead people from voting in the 2019 election. And to confirm whether any dead people voted within the 7th ward in 2015.

E. UNITY PARTY'S CITY OF CHICAGO HEIGHTS ELECTED OFFICIALS (There are 7 wards total): 1ST Ward, Walter Mosby, 2nd Ward, Sonia Perez, 3rd Ward, Wanda Rodgers, 5th Ward, Richard J. Amadio Jr., 6th Ward, Vincent Zaranti, 7th Ward, Sylvia Torres, Mayor David Gonzalez, City Clerk, Lori Wilcox, City Treasure Jimmy Dee

F. UNITY PARTY'S PARK DISTRICT MEMBERS (There are 7 districts, Chair, elected <u>by the total</u>): 1st Belinda Mosby married to 1st ward Alderman Walter Mosby and former 2nd ward Alderman Frank Perez is the superintendent.

G. The David Gonzalez Administration has been accused by one of the former library employees of giving library cards to non-citizens so that they can register to vote and Illegally obtain drivers licenses. They are in violation of the FOIA Laws by refusing to provide names of the individuals they have given Library cards. We are currently appealing this denial to the Illinois Attorney General

H. UNITY PARTY'S HOUSING, AND CODE ENFORCEMENT POLICIES DISCRIMINATE AGAINST NON UNITY PARTY CITIZENS. The Gonzalez Administration routinely obtains homes by forcing property owners to walk away from their properties due to excessive code violations and turning water off for late payment of garbage or water billing then evicting the residents because they are without running water. Later the city takes ownership of the property and sells them to their supporters for one Dollar.

I. UNITY PARTY'S POLICE in 2017 received raises on average of $32,000 and as high as $64,000 without the knowledge of the taxpayers and without the knowledge of the one Non-Unity Party Alderman in the 4th Ward. <u>These raises to 62</u> police officers totaled to be more than $2 million dollars. All taxpayers will be forced to pay higher pension payments to these officers for decades to come which mean, taxes will have to go up to pay for this give away to a select few members of the police department.
(See exhibit "C")

4

J. UNITY PARTY'S SCHOOL DISTRICT 170 AND DISTRICT 206: are controlled by Chicago Heights Mayor David Gonzalez who has promised his candidate for the 7th Ward, who is a city employee that if she wins on April 2, 2019 that he will give her another job at the School District making $70,000 per year. This person does not have a college degree and is currently working in the city's Human Resources Department.

K. UNITY PARTY'S' Election tactic confuses the voters: Petitioner John D Daniel who ran for Alderman for the 7th Ward in 2011 and 2015 where he lost by one vote is running again in 2019. Ironically, David Gonzalez and his Unity Party opponent have the same punch numbers as they had in 2015. What are the chances that four years later with more contested races in Chicago Heights that he would have punch number 41 again? We are asking the Cook County Board of Elections Under the FOI Act to provide us copies of all Unity Party members as they had in 2015, we will be asking that this court to stop the April 2, 2019 Election in Chicago Heights and have the election machines programs checked for tampering. If we do not receive satisfactory answers to our FOI Act request.

L. If you are not affiliated with the Unity Party, you have to fight to stay on the ballot. You have to find a way to prevent Unity Party Affiliated Election Judges from cheating when you are not allowed to have Election judges in the polling place, and you are out funded by a mayor who has raised over a million dollars. Why are people giving a mayor of a small city approximately 30,000 people over a million dollars if they are not benefiting from the tax revenue of that city. The election judges Control the polling places absolutely.

M. Legally the election judges in the voting precincts must be from the two major political parties, thus requiring Republicans and Democrats to have two election judges each polling place when they are opposing parties. However the election judges in the Chicago Heights polling places' voting precincts are from one party, the Unity Party. Therefore these judges will represent the Unity Party's interest. If these judges fail to do so, their ability to be an election judge, get elected or Re-elected, lose a job or lose a contract, or face retributions. The regular voter or candidate has no protection in his/her voting process in Chicago Heights.

N. The scare tactics outside the precinct compounds voter's fear from the gang like thugs will intimidate them and have a chilling effect on voters and sometimes voters turn back and do not vote. This is exactly what happened in the 2011 Municipal Election in Chicago Heights when gangs of outsiders showed up at the polling places in black communities holding picket signs with the unity party flyers enlarged.

O. Adding the policemen who received massive pay increases, (See Exhibit C) they understand that they must deliver blows to alter the voting process, or else.

P. On December 03, 2018 the last day for the Clerk's office to accept objections, at about 4:30 p.m., a half hour before the City Clerk office of Chicago Heights, IL. closes, Sebastian C. Ghiles who was a candidate for Mayor (was first in line) and John D. Daniel, Jr. as a candidate for Alderman of the 7th Ward (was third in line). appeared in Lori Wilcox's Clerk's office to present: Ghiles' objections to : Mayor Gonzalez' mayoral candidacy and Lori Wilcox for City Clerk, and Daniel's objection to Kelli Merrick for Alderman of the 7th Ward. **(See Exhibit D)**

6

Q. In the interim, Lori Wilcox entered into her office, by passing her main office entry, or from the back door, in an attempt to avoid acknowledging and speaking to John Daniel, who, as usually tried to speak to her. Lori Wilcox did not come to the counter to help us. But, after a couple of minutes, her assistant, Rachel Vega (prior Chief of Staff for Mayor Gonzalez who appointed her as assistant to Ms. Wilcox). Ms. Vega came to the counter. She inquired if she could help. Ghiles and Daniel replied that they were there to file objections to different candidates, that is, to Mayor Gonzalez, Lori Wilcox and Kelli Merrick. Ghiles had laid his objection petition on the counter.

R. It was not 5:00 p.m. yet, and Ms. Vega advised Mr. Wiggins, who was the last person in line, that if anyone else comes in let them know that the office was closed. Ms. Denise Manual, an objector and a candidate for Alderman of the 3rd Ward, Mr. Arthur Wiggins, and a Mr. David Kennedy (but he was not in line for any services) were also in the office. Without explanation, Ms. Vega looked at Ghiles' objection on the counter and said that she would not accept Ghiles' and Daniel's objections. She started to wait on Ms. Denise Manual who was next behind Ghiles. Ms. Manual apologized to Ghiles. Ms. Vega also rejected Ms. Manual's' objection. Ms. Manual called her attorney. Then Ms. Vega accepted Ms. Manual's objections.

S. Ms. Vega told Mr. Ghiles and Mr. Daniel to wait. She was going upstairs to the attorney. She did not go to Ms. Wilcox. She came back with Thomas J. Somer, Corporation Counsel for the city of Chicago Heights. She did not come back with a telephone message from Dennis G. Giannopoulos the attorney for the Municipal Electoral Board. At no time did Ms. Wilcox come to the counter, nor did Ms. Vega come from talking

7

with Ms. Wilcox. Mr. Ghiles and Mr. Daniel advised Attorney Somer that Ms. Vega would not accept Messes Ghiles' and Daniel's objections. Attorney replied to them" whatever Ms. Vega said goes." Attorney Somer made the decision for Ms. Vega and the Clerk's office. Messes Ghiles' and Daniel left.

T. The next day, December 04, 2018, either Ms. Wilcox or Ms. Vega accepted an objection against the 4th Ward Alderman and Mayoral candidate Joshua Deabel. The next day the Clerk's Office notified Mr. Joshua Deabel that it had accepted Mr. Wiggins' late challenge on December 04, 2018 to remove him from the ballot. (See Exhibit E)

U. Subsequently the Chicago Heights Electoral Board ruled the following persons off the ballot: Ghiles as Mayoral candidate, Deabel off as mayoral candidate, Daniel as an Aldermanic candidate for the 7th Ward for the Second time 2015 and 2019. The Circuit Court and he Appellate Court upheld the Chicago Heights Electoral Board decision. Note the illegal deeds by the City Clerk and some objectors.

V. The voters of Chicago Heights never approved referendum to become Home rule, which allows the city to have an Electoral Commission nor did the voters approve changing our municipal primaries from partial to non-partisan Election and Violation of our rights under the Illinois Constitution.

II.     FURTHER CONCERNS AND DEVELOPMENTS:

A. In addition to the above revelations, the Municipal Electoral Board found that Mr. John D. Daniel's petition left out/misspelled his name, therefore his petition should be rejected. However, when Arthur W. Wiggins' Objection was accepted by the Clerk's office on December 04, 2018, a day late of the deadline of December 03, 2018, the

Clerk's office ignored and accepted Mr. Wiggins' misspelling of the Petition for Mayoral Candidate Joshua Deabel's name and the objection had the incorrect date of the election in his objection. The Board proceeded to remove Mr. Deabel as a candidate for mayor. The Circuit Court of Cook County thereafter rubber stamped the Electoral Board's action. The court was silent on all of the City Clerk errors (the Clerk's office chose to correct the objector's Fillings) of Chicago Heights and the standing of the objectors: Michael A. Stebel; Ruben Reynoso; Ricardo Castweda + Sheila Freeman; and Nathan Davis + Erica Hunter. Why are they objecting to people they don't know and who paid their attorneys?

B. Mayor Gonzalez raised 62 police Officers' salaries by an average of $32,000.00 of a minimum of $70,000.00/year to $112,000 year. They will serve as Mayor Gonzalez' army along with his bad boys to control the streets of Chicago Heights on behalf of the Unity Party.

C. Mayor Gonzalez' pack raised over $1,000,000.00 from Friends of David Gonzalez: **(See Exhibit F)** contributions from associates; contractors; city employees; employees from 4 other city taxing bodies: School District 170; School District 206; Park District; Bloom Township; over $10,000 from multiple Chicago Democratic operatives; $17,800.00 in 2018 from Attorney Dennis G. Giannopoulos the attorney for the Municipal Electoral Board; and the $46,000.00 he demanded from the widow of Mayor Alex Lopez who died from a heart attack right across the street from the hospital. from His widow and children who was forced to go without. This $46,000 or lose her township job.

D. Attorney Giannopoulos authored the Board's rules that was designed to remove all opponents who were not aligned with the Unity Party. As an example, the Board rules called for 15 minutes for the candidate to participate in the proceedings, but the Board made sure that only the Unity Party people spoke freely in the Hearing. Further the Board made sure all non-Unity Party people where challenged and there was no audience participation in violation of the Open Meeting Act. **(See Exhibit G)**

E. Even further, Mayor Gonzalez called one of the opposition's Attorney offering him three times more than what the attorney was being paid to not represent his client.

F. In 2011 the Unity Party was unsuccessfully challenged by a group of citizens who called themselves the Integrity Party. They lacked funds and a number of their candidates and supporters were working for the Unity Party.

G. Strangely, in 2015, to enhance the Unity Party, the city raised the Mayor's salary from $25,000.00/year to $40,000.00/year; and the Aldermen's salary from $8,500.00/year. to $12,000.00/year; while the Treasurer's and Clerk's remained at $ 10,000.00/year.

H. Then in 2018, the mayor and his 6 supporters who were Unity Party members except (the 4th Ward Alderman, Mr. Joshua Deabel is independent from the Unity Party), to discourage people from running against Mayor Gonzalez in 2019, the 6 Unity people voted to reduce the mayor's salary to below minimum wage of only $1,000.00 a year.

I. We have filed complaints with the state of Illinois, county of cook and Federal regulatory agencies, to no avail; we now appeal to the federal courts to protect the citizens under the Voting Rights Act. **(See Exhibits H)**; we are not afforded our Republic form of Government; our democracy is at stake.

10

J.  In the polling places, the Unity Party will have four Election judges; independents will have none; likewise the Unity Party will have the police and unlimited observers and the independents may have only one. If any.

K.  **(Exhibit I)** A 2011 Unity Party photo showing 2019 Chicago Heights Electoral board members mayor David Gonzalez City Clerk Lori Wilcox, 3th Ward Alderman Wanda Rogers, and 6th Ward Alderman Vincent Zaranti together.

L.  **(Exhibit J)** January 2019 letter to the Illinois Atty. Gen. Requesting an investigation into the city clerk Lori Wilcox Abuse Of authority and violation of Illinois Election Law.

M.  **(Exhibit K)** A list of all candidates who filed to run in Chicago Heights for the 2019th municipal Election.

N.  **(Exhibit L)** Petition to the State Board of Elections to use their Powers and duties to supervise the Bias election process in Chicago Heights.

O.  **(Exhibit M)** Letter to the Cook County Clerk Karen Yarborough challenging the Chicago Heights Election commission not submitting all 82 pages of the non Unity Party candidates petitions for binder check review.

P.  **(Exhibit N)** The Appearance documentation for the attorney representing his group of objectors against non Unity Party candidates, who also received payments from the City of Chicago Heights on to the Jan 17, 2019 Bill Run.

Q.  **(Exhibit O)** Tribune publication newspaper story documentary that Chicago speaker Michael Madigan lawyer is representing Chicago Heights mayor David Gonzalez in petition challenges also summarizing how unfair the election hearing for non Unity Party Candidates.

R. **(Exhibit P)** An affidavit and motion for the Chicago Heights Electoral bored members to Recuse them self submitted to the Chicago Heights Electoral commission board and served to objectors attorney On December 11, 2018.

S. **(Exhibit Q)** A 2015 letter to the Cook County clerk regarding repeated FOI Act violation and election board political Bias.

T. **(Exhibit R)** A Letter to Cook Count State Attorney Illinois Attorney General and the FBI Documenting a clear violation of the Illinois law and nothing was done.

U. **(Exhibit S)** A 2011 Letter asking our State and county official to act on the first series of Election law violations Eight (8) years ago.

V. **(Exhibit T)** the denial letter from the Chicago Heights Library not providing the name of the individual who received Library card. County and State who also refuse to provide us with names of people who died in the city. We are actively appealing both of these unlawful denials.

III. CONCLUSION:

On behalf of the 26,000 out of 29,000 citizens of Chicago Heights that didn't vote for Mayor Gonzalez, City Clerk Lori Wilcox and the six Unity Party Alderpersons who want free/fair and democratic Elections in Chicago Heights, we are filing this voting rights lawsuit to get Chicago Political interference out of our elections. We are filing this lawsuit to expose the historical conflict of interest of the Chicago Heights Electoral Commission and its members. We are filing this Lawsuit to challenge the legality of professional politicians being allowed to receive unlimited amounts of money from any and everywhere but working-class candidates being limited to the number of signatures they can submit in support of their candidacy. We file this

12

Lawsuit to challenge a democracy that removes all challengers to the professional politician with over a million dollars of campaign contributions so that he can run unopposed. This is not a democracy, this is a state sponsored local dictatorship in Chicago Heights, IL. For the reasons outlined above we the ordinary working-class citizens of Chicago Heights are seeking the following forms of relief from this Honorable Court.

1. For the court to conduct an evidentiary hearing to hear from both candidates and citizens living under Unity Party tearny in Chicago Heights. And allow the petitioners to introduce additional evidence to substantiate our claims.

2. Allow all challengers and write in candidates forced off the ballot or those who chose to be write-in because they didn't have the money to go into court to fight to have their names place on the ballot.

3. Have all candidates challenged submit written affidavits to the court outlining how both the Chicago Heights Electoral Board and/or the Cook County Court discriminated them against.

4. Place an injunction on the upcoming April 2, 2019 general election for the city of Chicago Heights until this honorable court orders rules that adequate safeguards are in place to ensure a free and fair election.

5. Appoint a special council at the expense of City of Chicago Heights to investigate the claims outline in this complaint and provide recommendations to ensure that our voting and constitutional rights are protected.

6. Award the plaintiffs damages and reimbursement of all legal fees, cost based upon the severity of the abuses, of each respondents and violations of our rights found by the

13

IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| State of Illinois<br>County of Cook<br><br>SEBASTIAN C. GHILES; JOHN D. DANIEL, JR. JASON M. AMOS<br>and ANGELA M. MATTIO<br><br>Petitioners,<br><br>Vs<br><br>MUNICIPAL ELECTORAL BOARD/COMMISSIONERS OF CHICA-<br>GO HEIGHTS, IL.: DAVID A. GONZALEZ, MAYOR OF CHICAGO<br>HEIGHTS, IL; LORI WILCOX, CHICAGO HEIGHTS, IL. CITY CLERK;<br>WANDA ROGERS, ALD., 3RD WARD, CITY OF CHICAGO HEIGHTS;<br>VINCENT ZARA NTI, ALD., 6th WARD, CHICAGO HEIGHTS;<br>and DENNIS G. GiLANOPOLUS, ATTORNEY FOR CHICAGO HEIG-<br>HTS ELECTORAL BOARD; THOMAS J. SOMER, CORPORATION<br>COUNSEL, CITY OF CHICAGO HEIGHTS/SUPERVISOR OF BLOOM<br>TOWNSHIP; OBJECTORS: MICHAEL A. STEBEL; RUBEN REYNOSO<br>RICARDO CASTWEDA+SHEILA FREEMAN; NATHAN DAVIS +ERI<br>CA HUNTER; THE ILLINOIS BOARD OF ELECTIONS; KAREN YAR-<br>BROUGH; THE COOK COUNTY CLERK; and RACHEL VEGA, DEPU-<br>TY CLERK, CITY OF CHICAGO HEIGHTS, IL.<br><br>Respondents, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Notice of Filing

Please take notice that on March 7, 2019 we filed with the clerk of the United States District
Court, Northern District of Illinois, Eastern Division Petition to protect and enforce our voting
rights and constitutional rights in Chicago Heights, Illinois

Certificate of Service

I _Sebastian C. Ghiles_ certifies that he served the petition to protect and enforce
our voting rights and constitutional rights in Chicago Heights, Illinois upon the parties on the
service list by U.S. mail in Matteson, IL 60443 on March /\_32019.

special council against David Gonzalez, Friends of David Gonzalez and the other named individual Respondent/defendant(s).

7. Place the city of Chicago Heights under Justice Department Pre-Clearance and disband the Chicago Heights Electoral Commission, as presently derived and constructed.

8. Order the Illinois Atty. Gen. and the Illinois Board of Elections to properly Investigate the petitioners claims.

9. Any other relief this Honorable Court deems needed based upon its findings of the special council.

Sebastian C. Ghiles(Pro se)Address:1909 Division St. Chicago Heights, IL 60411 PH:708-845-7960

X _Sebastian C Ghiles_ Date 03 - 12 - 2019

John D. Daniel Jr.(Pro se)Address: 340 W Hickory St. Chicago Heights, IL 60411 PH:708-309-1946

X _John D. Daniel Jr_ Date 03-12-2019

Jason M Amos (Pro se) Address: 815 Highland Dr. Chicago Heights, IL 60411 PH: 708-228-8252

X _____ Date 3.12.2019

Angela M Mattio (Pro se) Address: 815 Highland Dr.Chicago Heights, IL 60411 PH: 708-755-1783

X _____ Date 3 - 12 - 2019

14

Name _SEbAstiAN C Ghiles_

Signature _Sebastian C Ghiles_

Name: SEbAstiAN C. Ghile S
Pro Se Petitioner:
Address: 1909 Division St Chicago
Phone Number: Heights Ill 60411
708·845·7960

**Service List**

1. Chicago Heights Electoral Commission
   1601 Chicago Road
   Chicago Heights, IL 60411

2. Mayor David A Gonzalez
   15 Holbrook Circle
   Chicago Heights, IL

3. City Clerk Lori J. Wilcox
   36 W 19th Street
   Chicago Heights, IL 60411

4. Alderperson For the 3rd Ward
   Wanda Rodgers
   1508 Hanover Street

5. Alderperson For the 6th Ward
   Vincent S. Zaranti
   350 Holbrook Circle
   Chicago Heights, Il 60411

6. Dennis G. Gianopolus (Electoral Board)
   18511 Torrence Ave.
   Lansing, IL 60438

7. Michael A Stebel (Objector)
   325 West Glengate Ave
   Chicago Heights, IL 60411

8. Ruben Reynoso (Objector)
   101 South Mayfair Place
   Chicago Heights, IL 60411

9. Ricardo Castaneda II (Objector)
   301 West 16th Place
   Chicago Heights, IL 60411

10. Sheila Freeman (Objector)
    195 West 16th Place
    Chicago Heights, IL 60411

11. Nathan Davis (Objector)
    1242 Center Ave
    Chicago Heights, IL 60411

12. Erica Hunter (Objector)
    1508 Hanover
    Chicago Heights, IL 60411

13. Illinois Board of Elections
    2329 S. MacArthur Blvd
    Springfield, Illinois 62704-4503

14. Cook County Clerk
    Karen Yarbrough
    69 West Washington 5th Floor
    Chicago, IL 60602

15. Thomas J Somer
    87 Terry Court
    Chicago Heights, IL 60411

16. Deputy City Clerk
    Rachel Vega
    704 Travers Ave
    Chicago Heights, IL 60411



*Exhibit "A"*

### STATEMENT OF ECONOMIC INTERESTS
### TO BE FILED WITH THE COOK COUNTY CLERK



COOK COUNTY CLERK - For official use

**RECEIVED**

**NOV 1 4 2018**

**DAVID D. ORR**
**COUNTY CLERK**

## FOR CANDIDATES ONLY
### (type or hand print)

**NAME:** Lori J Wilcox

**FULL MAILING ADDRESS:** 36 W. 19th Street
Chicago Heights, IL 60411

**OFFICE:** City of Chicago City Clerk

### GENERAL DIRECTIONS

The interest (if constructively controlled by the person making the statement) of a spouse or any other party, shall be considered to be the same as the interest of the person making the statement. Campaign receipts shall not be included in this statement. If additional space is needed, please attach supplemental listing. (Use blue or black ink only.)

1. List the name and instrument of ownership in any entity doing business with a unit of local government in relation to which the person is required to file, in which the ownership interest held by the person at the date of filing is in excess of $5,000 fair market value or from which dividends in excess of $1,200 were received during the preceding calendar year. (In the case of real estate, location thereof shall be listed by street address, or if none, then by legal description.) No time or demand deposit in a financial institution, nor any debt instrument shall be listed.

| BUSINESS ENTITY | INSTRUMENT OF OWNERSHIP | POSITION OF MANAGEMENT |
|---|---|---|
| NONE | NONE | NONE |

2. List the name, address and type of practice of any professional organization in which the person making the statement was an officer, director, associate, partner or proprietor or served in any advisory capacity, from which income in excess of $1,200 was derived during the preceding calendar year.

| NAME | ADDRESS | TYPE OF PRACTICE |
|---|---|---|
| NONE | NONE | NONE |

3. List the nature of professional services rendered (other than to the unit or units of local government in relation to which the person is required file) and the nature of the entity to which they were rendered if fees exceeding $5,000 were received during the preceding calendar year from the entity for professional services rendered by the person making the statement. ("Professional services" means services rendered in the practice of law, accounting, engineering, medicine, architecture, dentistry, or clinical psychology.)

NONE

Exhibit "B"

SOURCE: ACTUAL NEWSPAPER HEADLINES

# NO-BID

Alderman found
guilty of battery

# CONNECTION

Two companies. Multiple Chicago Heights political ties.

## More than $700,000 in work.
None of it was opened up to competitive bids.

## Convicted ex-cop gets township job

Chicago Heights
School District 170 –
Lay off 87 teachers

# MURDERS

Only two of eight murders from 2010 have been solved

OOFOIA Request for SCR_copy_1
City of Chicago Heights    (3220)

From: 51/06/2017 Through: 12/21/2017

EXHIBIT "C"

| Last, First MI | Suffix | Job Title | Department Name | Annual Salary | Date Range xx FOIA Report Amount |
|---|---|---|---|---|---|
| Aceves, Bianca | | CASHIER | City Clerk's Office | $ 25,350.00 | $ - |
| ADAMS, DEON | | SERVCMAN | WATER-TRANS & DISTRIB | 45,553.75 | 12,142.13 |
| Amadio, Nicholas | | FIRE | Fire | 68,993.03 | 36,107.79 |
| Amadio, Richard J | | ALDERMAN | City Council | 12,000.00 | - |
| ANDERSON, RANDY | | FIRE | Fire | 68,993.03 | 18,939.83 |
| Ankarlo, Steven S | | POL PATROLMAN | Police Patrol | 73,703.47 | 28,391.21 |
| Applequist, Keith A | | POL | Police Patrol | 90,483.37 | 21,359.77 |
| Arce, Erica | | TEAM LEADER | Library Circulation | 19,512.98 | 663.68 |
| Ayala, Gilberto | Sr. | SERVCMAN | Public Property | 46,926.60 | 6,982.25 |
| Ayala, Gilberto | Jr. | FORMAN | WATER-PUMP & TREAT EXP | 66,396.15 | 38,509.74 |
| Bakowski, Stephan | | POL SERGEANT | Police Patrol | 82,257.70 | 41,355.53 |
| Barbosa, Rosalinda | | LIBCLRK1 | Library Circulation | 7,712.64 | 9.36 |
| Barraza, Aide | | FIRE | Fire | 53,024.16 | 6,379.20 |
| Basile, David V | | POL | Police Investigation | 90,483.37 | 46,043.69 |
| Beasley, Tommie | | DRIVER | Street Department | 49,817.92 | 6,932.12 |
| Beck, John | | POL PATROLMAN | Police Patrol | 45,372.63 | 1,609.29 |
| Bednarek, Christopher | | FIRE | Fire Suppression | 86,775.36 | 32,785.67 |
| BELTRAN, XAVIER D | | FIRE | Fire | 68,993.03 | 29,117.10 |
| Betancourt, Dena Y | | CHPD RECORDS | Police Support | 27,552.42 | 240.00 |
| Biedenharn, Warner E | | POL PATROLMAN | Police Patrol | 73,703.47 | 40,042.12 |
| BOEHL, JUSTIN | | POL PATROLMAN | Police Patrol | 73,000.26 | 29,646.41 |
| Borner, Carolyle | | FIRE ENGINEER | Fire Suppression | 75,852.83 | 15,201.37 |
| Bravo, Jose | | INSPEC | Code Enforcement | 28,077.84 | - |
| Brimley, David | | MTR READ | METER READ-CH METER | 43,120.06 | 4,825.80 |
| Bruno, Anthony E | | POL DETECTIVE | Police Investigation | 73,703.47 | 37,846.32 |
| Bulanda, William | | POL PATROLMAN | Police Patrol | 73,703.47 | 28,265.66 |
| Cameli, Philip | | FORMAN | Street Department | 64,316.07 | 28,284.18 |
| Carollo, Daniel | | FIRE | Fire | 68,993.03 | 36,277.35 |
| Castanon, Hilda | | CLERK | WATER-CUSTOMER | 29,215.58 | 480.00 |
| Castro, Ellen | | Business | City Clerk's Office | 44,587.71 | 720.00 |
| Cella, Anthony | | FIRE | Fire | 68,993.03 | 25,956.00 |
| Cervak, Matthew | | FIRE | Fire | 68,993.03 | 19,855.87 |
| Chaney, Stephanie | | Code | Code Enforcement | 39,397.50 | 720.00 |

Exhibit "D" Page 1 of 10

**BEFORE THE DULY CONSTITUTED ELECTORAL BOARD FOR THE HEARING AND PASSING UPON OF OBJECTIONS TO NOMINATION PAPERS OF CANDIDATE FOR ELECTION TO THE OFFICE OF MAYOR, CITY OF CHICAGO HEIGHTS, COUNTY OF COOK, STATE OF ILLINOIS**

Sebastian C. Ghiles, )
                   )
  Petition-Objector, )
                   )
      V.       )
                   )
                   )
David A. Gonzalez, )
                   )
  Respondent-Candidate )

## OBJECTOR'S PETITION

### INTRODUCTION

Sebastian C. Ghiles, hereinafter sometimes referred to as the Objector, state as follows:

1. The Objector resides at 1909 Division Street, Chicago Heights, Illinois, 60411 and is a duly qualified, legal and registered voter at that address.

2. The Objector's interest in filing this Petition is that of voter desirous that the laws governing the filing of nominating papers for the office of Mayor, in the city of Chicago Heights, Illinois, are properly complied with, and that only qualified candidates appear on the ballot for said office.

### OBJECTIONS

3. The Objector makes the following objections to the purported nomination papers (Nomination Papers) of David A. Gonzalez as a candidate for the office of Mayor of the City of Chicago Heights, Illinois (office) to be voted at the Consolidated Primary Election of February 26, 2019 (election). The Objector state that the Nomination Papers are insufficient in fact and law for the following reasons:
4. Pursuant to state law, Nomination Papers for the office of Mayor in the city of Chicago Heights, Illinois to be voted for at the Consolidated Primary Election to

1

Exhibit "D" page 2 of 10

Objector state that the Nomination Papers are insufficient in fact and law for the following reasons:

4. The Statement of Economic Interests of said candidate does not reflect the proper office. The Statement of Economic Interest reflects the office as "City of Chicago City Clerk" and should reflect the "City of Chicago Heights City Clerk". Pursuant to state law, nomination papers for the office of the City Clerk in the city of Chicago Heights, Illinois to be voted for at the Consolidated Primary Election to be held February 26, 2019. This is a clear violation of the Illinois Election Code thus invalidate said candidates Statement of Economic Interests.

5. Pursuant to state law, Nomination Papers for the office of City Clerk in the city of Chicago Heights, Illinois to be voted for at the Consolidated Primary Election to be held February 26, 2019, must contain the signatures of not fewer than 175 duly qualified, registered and legal voters of said city of Chicago Heights, IL. Collected in the manner prescribed by law. In addition, said Nomination Papers, must truthfully allege the qualifications of the candidate be gathered and presented in the manner provided for in the Illinois Election Code, and otherwise executed in the form provided by law.

The Nomination Papers purport to contain the signatures of 183 such voters, and further purport to have been gathered, presented and executed in the manner provided by the Illinois Election Code.

6. The Nomination Papers contain the names of persons who did not sign said papers in their own proper persons, and said signatures are not genuine and are forgeries, as set forth specifically in the Appendix-Recapitulation attached hereto and incorporated herein, under the heading, Column A "Singer's Signature Not Genuine," in violation of the Illinois Election Code.

7. The Nomination Papers contain petition sheets with the names of persons who are not registered voters at the addresses shown opposite their respective names, as is set forth specifically in the Appendix-Recapitulation attached hereto and incorporated herein, the heading,

Exhibit "D" page 3 of 10

Column B, "Singer Not Registered at Address shows" in violation of the Illinois Election Code.

8. The Nomination Papers contain petition sheets with a conflict of interest and said sheets are invalid as set forth in the Appendix-Recapitulation attached to and incorporated herein at sheet numbers 3, 5, 7-9, 11, and 16 under the heading Column G, "Other – Conflict of Interest", in addition "Notary employed by the city," in violation of the Illinois Election Code.

9. The Nomination Papers contain petition sheets with a conflict of interest and said sheets are invalid as set forth in the Appendix-Recapitulation attached to and incorporated herein on sheet numbers 2, 6, 8, 9, 12-14, 15 and 17-19, under the heading Column G, "Other – Circulator Signature Does Not Match," in violation of the Illinois Election Code.

10. The Nomination Papers contain pages notarized by individuals whose pages demonstrate a pattern of fraud and disregard of the Election Code to such a degree that every page notarized by said individual is invalid, and should be invalidated in order to protect the integrity of the electoral process. Notary Thomas J. Somer and Luciano Panici Jr. are employees of the city of Chicago Heights, IL and should not be considered impartial. Petition pages notarized by Notary Thomas J. Somer and Luciano Panici Jr. should not be used in the count to determine if the nomination papers have enough legal signatures.

11. The Nomination Papers contain less than 175 validly collected signatures of qualified and duly registered legal voters of the city of Chicago Heights, IL, signed by such voters in their own proper person with proper addresses. The actual number of valid, collected signatures of qualified and duly registered legal voters is 25 of 183 total signatures of voters who reside in the city of Chicago Heights, Illinois. This number of 25 is far below the number required under Illinois law, as is set forth by the objections recorded in the Appendix-Recapitulation attached hereto and incorporated herein.

12. The Appendix-Recapitulation is incorporated herein, and the objections made therein are a part of this Objector's Petition.

Exhibit "D" page 4 of 10

WHEREFORE, the Objector requests a hearing on the objections set forth herein, an examination of the official records relating to voters in the city of Chicago Heights, IL to the extent that such examination is pertinent to any matters alleged herein, a ruling that the Nomination Papers are insufficient in law and fact, and a ruling that the name of Lori J. Wilcox shall not appear and not be printed on the ballot for election to the office of City Clerk of the city of Chicago Heights, IL to be voted for at the Consolidated Primary Election to be held February 26, 2019.

Sebastian C. Ghiles, OBJECTOR



Exhibit "D" page 5 of 10

**BEFORE THE DULY CONSTITUTED ELECTORAL BOARD FOR THE HEARING AND PASSING UPON OF OBJECTIONS TO NOMINATION PAPERS OF CANDIDATE FOR ELECTION TO THE OFFICE SEVENTH WARD ALDERMAN, CITY OF CHICAGO HEIGHTS, COUNTY OF COOK, STATE OF ILLINOIS**

| | |
|---|---|
| Sebastian C. Ghiles, | ) |
| | ) |
| Petition-Objector, | ) |
| | ) |
| V. | ) |
| | ) |
| | ) |
| Lori J. Wilcox, | ) |
| | ) |
| Respondent-Candidate | ) |

## OBJECTOR'S PETITION

### INTRODUCTION

Sebastian C. Ghiles, hereinafter sometimes referred to as the Objector, state as follows:

1.  The Objector resides at 1909 Division Street, Chicago Heights, Illinois, 60411 and is a duly qualified, legal and registered voter at that address.

2.  The Objector's interest in filing this Petition is that of voter desirous that the laws governing the filing of nominating papers for the office of City Clerk, in the city of Chicago Heights, Illinois, are properly complied with, and that only qualified candidates appear on the ballot for said office.

### OBJECTIONS

3.  The Objector makes the following objections to the purported nomination papers (Nomination Papers) of Lori J. Wilcox as a candidate for the office of City Clerk of the City of Chicago Heights, Illinois (office) to be voted at the Consolidated Primary Election of February 26, 2109 (election). The

Exhibit "D" page 6 of 11

Objector state that the Nomination Papers are insufficient in fact and law for the following reasons:

4. The Statement of Economic Interests of said candidate does not reflect the proper office. The Statement of Economic Interest reflects the office as "City of Chicago City Clerk" and should reflect the "City of Chicago Heights City Clerk". Pursuant to state law, nomination papers for the office of the City Clerk in the city of Chicago Heights, Illinois to be voted for at the Consolidated Primary Election to be held February 26, 2019. This is a clear violation of the Illinois Election Code thus invalidate said candidates Statement of Economic Interests.

5. Pursuant to state law, Nomination Papers for the office of City Clerk in the city of Chicago Heights, Illinois to be voted for at the Consolidated Primary Election to be held February 26, 2019, must contain the signatures of not fewer than 175 duly qualified, registered and legal voters of said city of Chicago Heights, IL. Collected in the manner prescribed by law. In addition, said Nomination Papers, must truthfully allege the qualifications of the candidate be gathered and presented in the manner provided for in the Illinois Election Code, and otherwise executed in the form provided by law.

   The Nomination Papers purport to contain the signatures of 183 such voters, and further purport to have been gathered, presented and executed in the manner provided by the Illinois Election Code.

6. The Nomination Papers contain the names of persons who did not sign said papers in their own proper persons, and said signatures are not genuine and are forgeries, as set forth specifically in the Appendix-Recapitulation attached hereto and incorporated herein, under the heading, Column A "Singer's Signature Not Genuine," in violation of the Illinois Election Code.

7. The Nomination Papers contain petition sheets with the names of persons who are not registered voters at the addresses shown opposite their respective names, as is set forth specifically in the Appendix-Recapitulation attached hereto and incorporated herein, the heading,

Exhibit "D" page 7 of 10

Column B, "Singer Not Registered at Address shows" in violation of the Illinois Election Code.

8. The Nomination Papers contain petition sheets with a conflict of interest and said sheets are invalid as set forth in the Appendix-Recapitulation attached to and incorporated herein at sheet numbers 3, 5, 7-9, 11, and 16 under the heading Column G, "Other – Conflict of Interest", in addition "Notary employed by the city," in violation of the Illinois Election Code.

9. The Nomination Papers contain petition sheets with a conflict of interest and said sheets are invalid as set forth in the Appendix-Recapitulation attached to and incorporated herein on sheet numbers 2, 6, 8, 9, 12-14, 15 and 17-19, under the heading Column G, "Other – Circulator Signature Does Not Match," in violation of the Illinois Election Code.

10. The Nomination Papers contain pages notarized by individuals whose pages demonstrate a pattern of fraud and disregard of the Election Code to such a degree that every page notarized by said individual is invalid, and should be invalidated in order to protect the integrity of the electoral process. Notary Thomas J. Somer and Luciano Panici Jr. are employees of the city of Chicago Heights, IL and should not be considered impartial. Petition pages notarized by Notary Thomas J. Somer and Luciano Panici Jr. should not be used in the count to determine if the nomination papers have enough legal signatures.

11. The Nomination Papers contain less than 175 validly collected signatures of qualified and duly registered legal voters of the city of Chicago Heights, IL, signed by such voters in their own proper person with proper addresses. The actual number of valid, collected signatures of qualified and duly registered legal voters is 25 of 183 total signatures of voters who reside in the city of Chicago Heights, Illinois. This number of 25 is far below the number required under Illinois law, as is set forth by the objections recorded in the Appendix-Recapitulation attached hereto and incorporated herein.

12. The Appendix-Recapitulation is incorporated herein, and the objections made therein are a part of this Objector's Petition.

Exhibit "D" page 8 of 10

WHEREFORE, the Objector requests a hearing on the objections set forth herein, an examination of the official records relating to voters in the city of Chicago Heights, IL to the extent that such examination is pertinent to any matters alleged herein, a ruling that the Nomination Papers are insufficient in law and fact, and a ruling that the name of Lori J. Wilcox shall not appear and not be printed on the ballot for election to the office of City Clerk of the city of Chicago Heights, IL to be voted for at the Consolidated Primary Election to be held February 26, 2019.

_____
Sebastian C. Ghiles, OBJECTOR

Exhibit "D" page 9 of 10

BEFORE THE DULY CONSTITUTED ELECTORAL BOARD FOR THE HEARING AND PASSING UPON OF OBJECTIONS TO NOMINATION PAPERS OF CANDIDATE FOR ELECTION TO THE OFFICE SEVENTH WARD ALDERMAN, CITY OF CHICAGO HEIGHTS, COUNTY OF COOK, STATE OF ILLINOIS

| | |
|---|---|
| John D. Daniel Jr., | ) |
| | ) |
| Petition-Objector, | ) |
| | ) |
| V. | ) |
| | ) |
| | ) |
| Kelli M. Merrick, | ) |
| | ) |
| Respondent-Candidate | ) |

## OBJECTOR'S PETITION

## INTRODUCTION

John D. Daniel Jr., hereinafter sometimes referred to as the Objector, state as follows:

1. The Objector resides at 340 West Hickory Street, Chicago Heights, Illinois, 60411 in the Seventh Ward, and is a duly qualified, legal and registered voter at that address.

2. The Objector's interest in filing this Petition is that of voter desirous that the laws governing the filing of nominating papers for the office of Seventh Ward Alderman, in the city of Chicago Heights, Illinois, qualified candidates appear on the ballot for said office.

## OBJECTIONS

3. The Objector makes the following objections to the purported nomination papers (Nomination Papers) of Kelli M. Merrick as a candidate for the office of Seventh Ward Alderman of the City of Chicago Heights, Illinois (office) to be

1

Exhibit "D" page 10 of 11

voted at the Consolidated Primary Election of February 26, 2019 (election). The Objector state that the Nomination Papers are insufficient in fact and law for the following reasons:

4. Pursuant to state law, Nomination Papers for the office of Seventh Ward Alderman in the city of Chicago Heights, Illinois to be voted for at the Consolidated Primary Election to be held February 26, 2019, must contain the signatures of not fewer than 25 duly qualified, registered and legal voters of said Seventh Ward of Chicago Heights, IL. Collected in the manner prescribed by law. In addition, said Nomination Papers, must truthfully allege the qualifications of the candidate be gathered and presented in the manner provided for in the Illinois Election Code, and otherwise executed in the form provided by law.

   The Nomination Papers purport to contain the signatures of 69 such voters, and further purport to have been gathered, presented and executed in the manner provided by the Illinois Election Code.

5. The Nomination Papers contain the names of persons who did not sign said papers in their own proper persons, and said signatures are not genuine and are forgeries, as set forth specifically in the Appendix-Recapitulation attached hereto and incorporated herein, under the heading, Column A "Singer's Signature Not Genuine," in violation of the Illinois Election Code.

6. The Nomination Papers contain petition sheets with the names of persons who are not registered voters at the addresses shown opposite their respective names, as is set forth specifically in the Appendix-Recapitulation attached hereto and incorporated herein, the heading, Column B, "Singer Not Registered at Address shows" in violation of the Illinois Election Code.

7. The Nomination Papers contain less than 25 validly collected signatures of qualified and duly registered legal voters of the Seventh Ward of the city of Chicago Heights, IL, signed by such voters in their own proper person with proper addresses. The actual number of valid, collected signatures of qualified and duly registered legal voters is 21 of 69 total signatures of voters who reside in the city of Chicago Heights, Illinois, Seventh Ward. This number of 21 is below the number required under Illinois law, as is set forth by the objections recorded in the Appendix-Recapitulation attached hereto and incorporated herein.

2

Exhibit "D" page 10 of 11

8. The Nomination Papers contains signatures which are incomplete and said signatures are invalid as set forth in the Appendix-Recapitulation attached hereto and incorporated herein at page number 1 under the heading of Other-"Incomplete Signatures."

9. The Nomination Papers were notarized by the city of Chicago Heights, Corporation Counsel, Thomas J. Somer. There is a conflict of interest for Thomas J. Somer to notarize petitions as a current staff member. Due to Somer's position as Counsel for the city of Chicago Heights he cannot be impartial.

10. The notarization of the Nomination Papers brings about a conflict of interest. The Notary's duty is to act as an impartial third party witness

11. The Appendix-Recapitulation is incorporated herein, and the objections made therein are a part of this Objection's Petition.

WHEREFORE, the Objector requests a hearing on the objections set forth herein, an examination of the official records relating to voters in the Seventh Ward of the city of Chicago Heights, IL to the extent that such examination is pertinent to any matters alleged herein, a ruling that the Nomination Papers are insufficient in law and fact, and a ruling that the name of Kelli M. Merrick shall not appear and not be printed on the ballot for election to the office of Seventh Ward Alderman of the city of Chicago Heights, IL to be voted for at the Consolidated Primary Election to be held February 26, 2019.

_____  12-03-2018
John D. Daniel Jr., OBJECTOR

Margaret Bock Pawlak, 12-3-2018

MARGARET C BOCK-PAWLAK
Official Seal
Notary Public – State of Illinois
My Commission Expires Aug 18, 2021

3



# CITY OF CHICAGO HEIGHTS

## OFFICE OF THE CITY CLERK

### LORI WILCOX

EXHIBIT "E"

**Mayor**
David A. Gonzalez
(708) 756-5315

*City Treasurer*
James Dee
(708) 756-5309

*1st Ward Alderman*
Walter L. Mosby, III
(708) 756-5322

*2nd Ward Alderperson*
Sonia Perez
(708) 756-5368

*3rd Ward Alderperson*
Wanda Rodgers
(708) 756-5016

*4th Ward Alderman*
Joshua Deabel
(708) 756-5017

*5th Ward Alderman*
Richard J. Amadio
(708) 756-5018

*6th Ward Alderman*
Vincent J. Zaranti
(708) 756-5019

*7th Ward Alderperson*
Sylvia Torres
(708) 756-5020

**December 5, 2018**

**To:    Joshua Deabel**
**226 Irving Blvd.**
**Chicago Heights, IL. 60411**

**From: Lori Wilcox, City Clerk**

**Re: Nominating Petitions for Mayor**

**Dear Mr. Deabel:**

**Enclosed please find a copy of the objector's petition, Arthur W. Wiggins, Jr. v. Joshua Deable, which was filed in the Office of the City Clerk on Tuesday, December 4, 2018.**

**You will be receiving further notice from the Chairman of the Electoral Board related to this matter.**

**Lori Wilcox,**
**City Clerk**
**City of Chicago Heights**

1601 Chicago Road · 1st Floor · Chicago Heights, Illinois 60411 · Phone (708) 756-5300 · Fax (708) 756-5310
www.chicagoheights.net

 

Exhibit F
page 1 of 2

🏠 🔒 https://illinoissunshine.org/cor    ① ⋮

⚙ Illinois Sunshine      ☰

# Friends of David Gonzalez Candidate Committee

ⓘ

**Committee purpose:** To support candidacy of David Gonzalez

## Related committees

| Name | Committee type | Funds controlled | Reason for relation |
|---|---|---|---|
| Citizens for Antonio Tony Munoz | Candidate | $820,729.52 | Officers with the same name; Officer with same name as supported candidate |
| Unity Party of Bloom Township | Political Action | $28,646.78 | Officers with the same name; Officer with same name as supported candidate |

## Finances

| Sep 30, 2018 quarterly report | Amount |
|---|---|
| Funds available | $320,952.15 |
| Contributions since Sep 30, 2018 | $35,000.00 |
| **Cash on Hand*** | **$355,952.15** |

| Donor | Total donated | Latest date |
|---|---|---|
| Alex Lopez for Mayor | $46,081.05 | Jan 18, 2011 |
| Unity Party of Bloom Township | $35,000.00 | Mar 29, 2012 |
| JB for Governor Exploratory Committee | $20,000.00 | Nov 21, 2018 |
| Hispanic Empowerment Chicago Hts Organization | $18,904.37 | Jan 18, 2011 |
| Law Offices of Dennis G. Gianopolus, P.C. | $17,800.00 | May 21, 2018 |
| Alfred G. Ronan, Ltd. | $16,541.33 | May 21, 2018 |
| Liuna Chicago Laborers' District Council PAC | $15,250.00 | Dec 10, 2018 |
| Del Galdo Law Group, LLC | $15,000.00 | May 21, 2018 |
| Friends of Michael J. Madigan | $14,622.49 | May 19, 2016 |
| Miguel A. Santiago Consulting, Inc. | $13,542.00 | May 21, 2018 |
| United Road Towing | $13,300.00 | May 21, 2018 |
| Planera Architects, Inc. | $11,900.00 | Jun 06, 2018 |
| Gardiner, Koch, Weisberg, & Wrona | $11,850.00 | Jun 06, 2018 |
| Absolute Best Cleaning Services, Inc. | $11,500.00 | May 21, 2018 |
| Bloom Township Democratic Party | $11,250.00 | Jun 06, 2016 |
| Friends of Toi Hutchinson | $11,000.00 | Jun 11, 2018 |
| Desiderio Landscaping | $10,900.00 | May 31, 2018 |
| Local No. 150- I.U.O.E., Local Area PAC | $10,500.00 | Sep 27, 2018 |
| Friends for State Rep. Anthony Deluca | $10,000.00 | May 31, 2018 |



Exhibit "G"



## THE CITY OF CHICAGO HEIGHTS
### ILLINOIS

MUNICIPAL OFFICERS ELECTORAL BOARD
1601 CHICAGO ROAD, CHICAGO HEIGHTS, IL 60411
TUESDAY, DECEMBER 11, 2018
**NOTICE OF SPECIAL MEETING**

NOTICE IS HEREBY GIVEN THAT THE CITY OF CHICAGO HEIGHTS MUNICIPAL OFFICERS ELECTORAL BOARD SHALL MEET TO HEAR AND PASS UPON OBJECTIONS TO THE NOMINATING PAPERS OF CANDIDATES FOR ELECTION TO OFFICE IN THE CITY OF CHICAGO HEIGHTS, ILLINOIS, AT THE FEBRUARY 26, 2019 CONSOLIDATED PRIMARY ELECTION. THE CITY OF CHICAGO HEIGHTS MUNICIPAL OFFICERS ELECTORAL BOARD SHALL MEET TO CONSIDER THE FOLLOWING DULY FILED OBJECTOR'S PETITIONS:

**10:00 a.m.**
Arthur W. Wiggins v. David A. Gonzalez (18 CHEB 01)
Arthur W. Wiggins v. Sebastian Calvin Ghiles (18 CHEB 02)
Arthur W. Wiggins v. Joshua Deabel (18 CHEB 03)
Michael A. Stebel and Ruben Reynoso v. Sebastian Calvin Ghiles (18 CHEB 04)
Michael A. Stebel and Ruben Reynoso v. Arthur W. Wiggins (18 CHEB 05)
Michael A. Stebel and Ruben Reynoso v. Joshua Deabel (18 CHEB 06)

**11:00 a.m.**
Michael A. Stebel and Ruben Reynoso v. George Brassea (18 CHEB 07)
Ricardo Castaneda II and Sheila Freeman v. John D. Daniel, Jr. (18 CHEB 08)
Nathan Davis and Ericka Hunter v. John A. Pina (18 CHEB 09)
Nathan Davis and Ericka Hunter v. Denise Manuel (18 CHEB 10)
Nathan Davis and Ericka Hunter v. Willie Robinson (18 CHEB 11)
Denise Manuel v. Wanda Rodgers (18 CHEB 12)
Denise Manuel v. Willie Robinson (18 CHEB 13)
Denise Manuel v. John A. Pina (18 CHEB 14)

### AGENDA

1. CALL TO ORDER;
2. ROLL CALL;
3. INTRODUCTION OF DOCUMENTS INTO OFFICIAL RECORD;
4. ADOPTION OF RULES OF PROCEDURE;
5. HEARING AND RULING ON OBJECTIONS;
6. ADJOURNMENT.

Exhibit "H" page 1 of 4

To: U.S. Deputy Attorney General for the Northern District of Illinois Rod J. Rosenstein
Illinois Attorney General Kwame Raoul
Illinois State Police Chief Brendan F. Kelly (Acting Director)
Illinois Board of Elections Steve Sandvoss
Cook County Sheriff Tom Dart
Cook County Clerk Karan Yarborough

From: Non-Unity Party Candidates seeking a Lawful 2019 Municipal Election in Chicago Heights void of Police Intimidation.

We the undersigned Non-Unity Party Candidates for various offices are seeking Justice, the protection of our voting rights and Constitutional rights to equal protection under both the state and federal statutes. **We are requesting a face to face meeting with you as soon as possible to discuss the 13 problems that have taken place or will take place if our Election** and Law Enforcement agencies do not take affirmative actions to ensure a free and fair municipal election in Chicago Heights, IL.

Below we have summarized the 13 major problems, violations of Illinois Law and upcoming violations based upon previous actions of Mayor David Gonzalez, City Clerk Lori Wilcox, and the remaining 6 Unity Party Alderpersons.

1. The conflicted Electoral Board of Chicago Heights who are all member of the Bloom Township Unity Party Refused to recuse themselves and voted to remove all three challengers to their fellow member David Gonzalez (Mayor).

2. In order to prevent public objections to the partisan actions of the Electoral Board the Board didn't allow anytime for public participation during the first two (2) hearing dates and didn't publicize the date/time of two (2) hearing in violation of the Illinois Open Meeting Act 5 ILCS 120/1. Technically all of the individuals seeking political office in Chicago Heights should be allowed on the ballot because the actions of the Electoral Board were in violation of the Open Meeting Act.

3. The Chicago Heights City Clerk Lori Wilcox used her office to help herself to avoid being challenged when she submitted a Statement of Economic Interest stating that she was running for City Clerk of the city of Chicago. She further broke the law by also refusing to accept challenges against two (2) of her fellow Unity Party members, David Gonzalez and candidate for the 7th Ward Alderperson, Kelly M. Merrick. Then one day late she excepted a challenge against the only Non-Unity Party Elected official in the city government attempting to run against Mayor David Gonzalez.

4. The Gonzalez administration is in violation of the Freedom of Information Act because they refuse to even respond to two requests to obtain the names of individuals who were issued Library Cards. A previous library employee said that she was released because she questioned the practice of people being given Library Cards without the

Exhibit "H" page 2 of 4

proper forms of Identification. Once a person has a library card they can register to vote and obtain a Driver's License thus granting them citizenship.

5. The attorney for the Chicago Heights Electoral Board gave approximately $18,000 worth of campaign contributions to Mayor David Gonzalez and orchestrated the removal of all three mayoral challengers to Mayor Gonzalez even though he was asked to recuse himself.

6. Mayor David Gonzalez has friends in powerful positions in Illinois and cook county circles. **He has received large political campaign contributions from the Speaker** of the Illinois House of Representatives, Mike Madigan, and Governor J.B. Pritzker. Does this explain why all our previous request for investigations into the many illegal activities of the Unity Party have fallen on death ears? Based upon our fears that Chicago Heights will be turned into a police state on Election Day in order to drastically reduce the opposition vote on election day, **we need you to meet with us now.**

7. Back in 2011 the last contested election in Chicago Heights, the Unity Party Placed dozens of ruffians from Chicago in front of various polling places in the African American Communities holding large picking sign on sticks. Many voters turned around out of fear and therefore didn't vote. You ask why didn't the Chicago Heights police remove these disruptive activities away from these polling places? The Chicago Heights police were electioneering on behalf of the Unity Party while on duty. When we used the FOIA Act to find out that these officers were on duty, they retroactively changed the call sheets to use a vacation day. There were numerous altercations between the Unity Party Police and opposition candidates/supporters. The Chicago Heights Police Officers wrongfully used their police power for the Unity Party. The Unity Party was also caught buying votes and electioneering in the early voting site in City Hall. This is why Chicago Heights is no longer an early voting site even though it is the largest municipality in the South Suburbs.

8. Mayor Gonzalez and his fellow Unity Party city council members Illegally reduced the salary of the next mayor below the minimum wage. Historically the salary of the mayor was $25,000. Mayor Gonzalez had his city council raise his pay to $40,000 a year and raised the Alderperson salary to $12,000 from $8,500 because they didn't have any opposition candidates on the ballot that year (2015). Now prior to this 2019 election with three candidates challenging him, the Unity Party sought to discourage anyone from running for mayor.

9. In our pursuit to obtain the names of the individuals who have received Library Cards on a daily basis we have discovered that the newly hired Head Librarian is never at the Library. This looks like a ghost payroll situation at the Chicago Heights Library.

10. Because Mayor Gonzalez has over $300,000 in his political campaign account down from nearly 1 Million dollars, he has used people working under the city contactor with the

Exhibit "H" page 3 of 4

city and other people who make money off the tax payers to challenge the nominations papers of Non-Unity Party candidates. These Unity Party supporters do not even know the people they are challenging so who is paying the Lawyers challenging Non-Unity Party candidates? Mayoral candidates SC Ghiles had to appeal to the Illinois Appellate Court to overrule a challenge by the Chicago Heights Electoral Board that he had too many signatures. The Chicago Heights Election Board continued the fight against Mr. Ghiles being on the ballot so that the tax payers of Chicago Heights have to pay legal fees not the Friends of David Gonzalez political pack.

11. Unfortunately, the Local Electoral Board and their lawyer Dennis Gianapolus refuse to recuse himself. The Illinois Board of Election refuse to properly investigate the City Clerk Lori Wilcox refuse to accept the on-time challenges then accepting late challenges against a Non-Unity Party candidate and the current 4th Ward Alderman. The Illinois Attorney General is yet to respond to a well-documented request for an investigation and the Cook County Clerk's Representatives tried not to except written documents regarding the illegal and unethical activities of their fellow Democratic Elected Officials. Will it take a Rouge Chicago Heights Police Officer killing someone on election day to get the attention of our regulatory and Law Enforcement Agencies?

12. We also fear that the Unity Party will cheat in the various polling places in Chicago Heights because they will be the only Election Judges in Chicago Heights. The Unity Party is a Union of both the Republican and Democratic party within Bloom Township. Because state law allows for each party to have two judges in every polling place therefore the Unity Party will have 4 judges in every polling place. This is a violation of our Constitutional Rights to equal protection under the Law. What is our State and County official going to do to ensure a free and fair election in Chicago Heights in 2019?

13. Finally, we have learned that Mayor David Gonzalez have **given 62 police officers** raises in 2017 in excess of $64,000. Officers previously making $73,000 **received up to $64,000** raise in one year is financially irresponsible and publicly troubling. **In 2017, 62 police officers received raises totaling 2 Million dollars while other officers and city employees received little or nothing.**

In summary we the Non-Unity Party Candidates seeking to get back on the ballot and those who choose to run as write in candidates because we didn't have $10,000 to pay an attorney to fight a corrupt system to get back on the ballot are **seeking to meet with you ASAP to discuss ways your office can help ensure a free and fair election in Chicago Heights.**

Sincerely,

The Undersigned Candidates for Public Office in the city of Chicago Heights' 2019 municipal elections.

Exhibit "H" page 4 of 4

_Angela M_____        Mayor_____        Write IN
**Name**                    **Office of Candidacy**    **Status**
                                                       I HAVE APPEALED TO
_Sebastian Cahin Ghiles___  Mayor_____         The Appellate Court
**Name**                    **Office of Candidacy**    **Status**
                                                       I WAS CHALLENGE BY
_____   7TH WARD ALDERMAN___       GNZALEZ ADMIN, NOW I
**Name**                    **Office of Candidacy**    **Status**   AM ON THE BALLOT

_____   9TH WARD ALDERMAN  CANDIDATE
**Name**                    **Office of Candidacy**    **Status**


_____ _____  _____
**Name**                    **Office of Candidacy**    **Status**


To schedule a meeting please contact one or both of our contact candidates listed below:

S.C. Ghiles                           Jason Amos
(708) 845-7960                        (708) 755-1783
SebastianGhiles@att.net               AngelAmatto@att.net

Exhibit "I"





Exhibit J page 1 of 2

# Illinois Attorney General Office

Attn: Kwame Raoul                                      January 7, 2019
    100 west Randolph Street
    Chicago IL 60601

The purpose of this letter to formally request that the office of Illinois Atty. Gen. Seek to remove Lori Wilcox from the 2019th municipal Ballot for the office of city clerk in the City of Chicago Heights for three (3) reasons

1. Lori Wilcox is currently the City clerk for the City of Chicago Heights. <u>Ms Wilcox refused to accept the on time objector against her nomination papers on December 3, 2018 at approximately 4:30 PM. She also refused to accept objections against the nomination papers of the current mayor David Gonzales and the seventh ward candidate Kelly M Merrick. Lori Wilcox David Gonzales and Kelly M Merrick</u> are all Members of the unity party of Bloom Township **(See Exhibit. A.)** However on December 4, 2018 one day after the deadline to file objections Lori Wilcox Accepted an objection against the city's current fourth (4) Ward Aldermen Josua Denbel currently running for mayor.
   **(See Exhibit B.)** Attached is a unity party flyer with the pictures of mayor David Gonzales and city clerk Lori Wilcox circulated (Exhibit C).

2. Lori Wilcox filed an Statement of Economic Interest declaring that she is running for the City Clerk for the City of Chicago Not Chicago Heights **(See Exhibit. D.)** Election law and case law is clear on this issue all candidate must File, Economic interest statement for the Office for Watch they are seeking. Does Lori Wilcox actually live in the City of Chicago?

See Page (2) Page 1 of 2

Exhibit J page 2 of 2

Or is her Pro cleaning Business Doing business with the city of Chicago Heights the Reason she didn't file a correct statement?

3. Lori Wilcox has misused her position as Chicago Heights City Clerk to protect her self and follow Unity Party Members from being lawfully objected to in accordance with the Illinois election law. Lori Wilcox should be fined and forced to reimburse all objectors legal expenses that she refused to accept they're timely objections then voted to remove them from the Ballot as a member of the Chicago Heights electoral commission. Every member of the Chicago Heights Electoral Commission board is also a Members of the unity party who historically and consistently vote to remove all competitors from the ballot and voted to keep all the unity party candidates on the ballot. This Electoral Board is a political extension of the unity party and to allow this voting rights violation, and this violation of these candidates constitutional rights under the equal protection clause is wrong. Lori Wilcox cannot be allowed to abuse the power of the office to benefit herself and her political party. I have attached a sheet of supporting documentation, authorities and case laws to help guide your investigation **(See Exhibit. E.)** Base upon Lori Wilcox error and omission of duties she is required to remove herself from the ballot according to the Illinois law and case law. Please respond to this Request A.S.A.P. I can be reached at the following Number listed below. THANK YOU

**Copy Cook County Clerk Karen Yarbrough Illinois Board of Elections, Municipal officers Electoral Board, Better Government Association (B.G.A), City of Chicago Heights city Clerk Lori Wilcox**

Robert McCoy
585 west 16th Place
Chicago Heights Ill 60411
(708) 697-1840

Robert McCoy

Page 2 of 2

Exhibit "K"

## Listing of Candidates

| | | |
|---|---|---|
| **Mayor** | David A. Gonzalez, 15 Holbrook Circle | November 19, 2018 |
| | Sebastian Calvin Ghiles, 1909 Division Street | November 20, 2018 |
| | Joshua Deabel, 226 Irving Boulevard | November 26, 2018 8:35 a.m. |
| | Arthur W. Wiggins, Jr., 330 Iris Lane | November 26, 2018 4:45 p.m. |
| **Treasurer** | Jim Dee, 801 Thomas Street | November 19, 2018 |
| **City Clerk** | Lori J Wilcox, 36 W. 19th Street | November 19, 2018 |
| **Alderman Ward 1** | Renee Smith, 504 Andover Street | November 19, 2018 |
| **Alderman Ward 2** | Sonia Perez, 188 E. 23rd Street | November 19, 2018 |
| **Alderman Ward 3** | Wanda Rodgers, 1508 Hanover Street | November 19, 2018 |
| | Willie Robinson, 1322 Otto Boulevard | November 20, 2018 2:20 p.m. |
| | Denise Manuel, 1236 Otto Boulevard | November 20, 2018 4:45 p.m. |
| | John A. Pina, 200 Southgate Avenue | November 26, 2018 |
| **Alderman Ward 4** | Christopher J. Baikauskas, 1116 Ashland Ave. | November 19, 2018 |
| | Jason M Amos, 815 N Highland Drive | November 26, 2018 |
| **Alderman Ward 5** | Richard J. Amadio Jr., 713 Peoria Street | November 19, 2018 8:30 a.m. |
| | George Brassea, 210 N Arquilla Drive | November 19, 2018 8:30 a.m. |
| **Alderman Ward 6** | Vincent J. Zaranti, 350 Holbrook Circle | November 19, 2018 |
| | Charles Dieringer, Jr. 150 Grace Lane | November 26, 2018 |
| **Alderman Ward 7** | John D. Daniel Jr., 340 W. Hickory Street | November 19, 2018 |
| | Kelli M. Merrick, 1616 Edgewood Avenue | November 26, 2018 |
| **Charles Dieringer** | Advisory Referendum | November 26, 2018 |

Exhibit "L" page 1 of 2

**PETITION OF SEBASTION CALVIN GHILES AND JOHN D. DANIEL BEFORE THE ILLINOIS STATE BOARD OF ELECTIONS IN RE; ABUSE OF AND /OR THE LACK OF AUTHORITY, AND THE LIKE, BY THE CHCIAGO HEIGHTS CLERK LORI J. WILCOX, HER ASSISTANT RACHEL VEGA, THE CHICAGO HEIGHTS CORPORATION COUNSEL THOMAS J. SOMER, AND THE CHICAGO HEIGHTS MUNICIPAL OFFICERS ELECTRAL BOARD AND ITS SUBSTITUTES.**

TO: Illinois State election Board Members: William J. Cadigan, Chairman; John R Keith, Vice Chairman; Andrew K. Carruthers; Ian K Linnary; Willian M. McGuffage; Katherine S. O'Brien; Charles W. Schol; and Cassandra B. Watson, plus Steven S. Sandvoss, executive Director: James R. Thompson Center, 100 West Randolph Street, Suite 14-100, Chicago, IL. 60601

**Pursuant to: 10 ILCS 5/1A-8 (12) "... Powers and duties...Supervise the administration of...laws throughout the state..."**

| | |
|---|---|
| **STATE OF ILLINOIS** | ) |
| | ) SS |
| **COUNTY OF COOK** | ) |

## SEBASTIAN C. GHILES

I, Sebastian Calvin Ghiles, a registered voter at 1909 Division Street, Chicago Heights, IL 64011 and I

On December 03, 2018, at about 4:30 pm, a half hour before the City of Chicago Heights Clerk's Office closes, I was next in line to present my Objections to the Clerk's Office, to Object to Lori J. Wilcox candidacy of David Gonzalez for Mayor, Present were; John D. Daniel, an Objector and a candidate for Alderman of the Seventh Ward of Chicago Heights, IL; Ms. Denise Manual, an objector and a candidate for Alderman of the Third Ward, Chicago Heights; Arthur Wiggins, an Objector and a candidate for Mayor, Chicago Heights IL., plus Mr. Darryl Kennedy.

In the interim Clerk Lori Wilcox entered from a different door from the front door, John Daniel tried to get her attention to speak to her as was customary. But, she instead ducked into her office. After waiting a couple or more minutes, Rachel Vega (prior Chief of Staff to Mayor Gonzalez), Assistant to Chicago Heights Clerk, appointed by Mayor David Gonzalez Lori Wilcox, came to the counter. She inquired whether she could help us. Sebastian Calvin Ghiles ("Calvin") Replied that they were there to file Objection's to some petitions. Calvin had laid his petitions on the counter. It was not 5:00 pm and she advised Wiggins's that if anyone else comes in behind him, the Clerk's Office was closed. Without explanation Ms. Vega looked at the petitions on the counter and said that she would not accept Calvin's and John's petitions. She then started to wait on Denise Manuel who had been behind Calvin. Ms. Manuel apologized to Calvin. Calvin told Ms. Manuel to go ahead with her petition. Ms Vega rejected Ms. Manuel's Objection's. Ms. Manuel called her attorney. Ms. Vega then accepted her (Ms. Manuel's) Petitions. Ms. Vega still refused to accept Calvin's and John's petitions. She told Calvin and John, to wait, she was going to get the attorney

Exhibit "L" Page 2 of 2

up stairs, and she did not go to Ms. Wilcox. She came back with Thomas Somer, Corporation Counsel for the City of Chicago Heights. She did not come back with a telephone message from Dennis G. Gianopolus, the attorney for the Chicago Heights Municipal Electoral Board. Nor did she bring Mr. Gianopolus to solve the problems, Thomas Somer sat behind the counter of the Clerk's Office. Ms. Wilcox never came out to deal with the problems.

Calvin and John told attorney Somer that Ms. Vega would not accept our Objections. Ms. Somer said to Calvin and John that "whatever Ms. Vega said goes". We left. Ms. Vega and Attorney Somer made the decision not to accept Calvin's or John's petitions. We left. We now appeal to this Honorable Board for Justice. We need the most immediate resolution. Time is of the essence. We wish to avoid an expensive court action.

We have attached the following Documents that attempted to file with the Chicago Heights Electoral Board that they refused to accept:

1. Challenges to the Nomination Petitions of David Gonzalez SCG
2. Challenges to the Nomination Petitions of Lori J. Wilcox SCG
3. Challenges to the Nomination Petitions of Kelli Merricks By John D. Daniel
4. Response to the Challenge by Arthur Wiggins to the Nomination Petitions of Joshua Deabel, includes letter for the city clerk each Document
5. unstamped objections filled by Denise Manuel Against Wanda Rodgers
6. unstamped objections filled by Denise Manuel Against Willie Robinson
7. unstamped objections filled by Denise Manuel Against John A Pina
8. Response to the Challenges by Michael a Stebel and Ruben Reynoso by Sebastian C. Ghiles
9. Response to the Challenges by Arthur W. Wiggins by Sebastian C. Ghiles
10. Response to the Challenges by Ricardo Castaneda and Sheila Freeman Against John D. Daniel

Based upon either by us and/or the incompetency of the City of Chicago Heights, the city clerk of Chicago Heights, the city of Chicago Heights Corporation Counsel (Attorney for the City of Chicago Heights Electoral Board), and the remaining Unity Party Board Members, the Non Unity Party Candidates of Chicago Heights are not receiving a Fair Hearing based upon the actions of this electoral Board and the City Clerk.

SEBASTIAN CALVIN GHILES, Subject to ICCP, section 1-109 Dated: December 12, 2018

JOHN D. DANIEL

Exhibit "M"

## COOK COUNTY BOARD OF ELECTION
### 69 WEST WASHINGTON suits 500
### CHICAGO ILLINOIS

Att: **Karen Yarbrough**
Cook County clerk
Chicago Ill

On Monday Dec 17, 2018 I had a binder Check Related to a Challenge from Arthur W. Wiggins Jr. against me Sebastian Calvin Ghiles. On November 20th 2018 I Filed #82 pages of Petitions with the city clerk (See Exhibit A) however the Cook County Board of Election only included Twenty Petitions Sheets in making the determination weather I have enough good signatures to remain on the ballot.
Please include the remaining sixty (60) Petition sheets and Recalculate the petition Summery Report for the Challenge of Arthur W. Wiggin Jr. vs. Sebastian Calvin Giles for the Feb 26 2019 Municipal Election in Chicago Heights. Please proved me a written Response to this Request if the Cook County Board of Election refuse to honor this request today on Tuesday Dec 18, 2018 because time is of the Essence Regarding Appealing a denial of my Request.

Signature _____December 17, 2018
Sebastian C. Giles

Exhibit "N" page 1 of 6

# BEFORE THE DULY CONSTITUTED ELECTORAL BOARD
## FOR THE HEARING AND PASSING UPON OF OBJECTIONS TO
## NOMINATION PAPERS OF CANDIDATES FOR ELECTION TO THE
## OFFICE OF MAYOR OF THE CITY OF CHICAGO HEIGHTS

| | |
|---|---|
| MICHAEL A. STEBEL, and<br>RUBEN REYNOSO )<br><br>  )<br>Petitioner-Objectors, )<br>  )<br>v. )<br>  )<br>SEBASTIAN CALVIN GHILES, )<br>  )<br>Respondent-Candidate. ) | Case No.    18 CHEB 04 |

## AMENDED APPEARANCE

The undersigned, an attorney, enters the appearance of MICHAEL A. STEBEL and

RUBEN REYNOSO, in the above captioned matter before the CITY OF CHICAGO HEIGHTS

MUNICIPAL OFFICERS ELECTORAL BOARD and represents that the information below is

where the attorney may be contacted during the pendency of this cause.

Respectfully submitted,
MICHAEL A. STEBEL and
RUBEN REYNOSO

_____
One of Their attorneys

Matthew M. Welch
Matthew T. Ingersoll
Montana Welch, LLC
11950 S. Harlem Avenue, Suite 102
Palos Heights, Illinois 60463
T: (708) 448-7005
F: (708) 448-7007

Exhibit "N" page 2 of 6

```
DATE: 01/11/19                          -= CITY OF CHICAGO HEIGHTS =-                          PAGE:  46
TIME: 16:36:24                             DETAIL BOARD REPORT
ID:  AP441000.WOW

                                    INVOICES DUE ON/BEFORE 01/17/2019

  INVOICE #          INVOICE  ITEM
  VENDOR #           DATE      #   DESCRIPTION              ACCOUNT #        P.O. #    DUE DATE       ITEM AMT
---------------------------------------------------------------------------------------------------------------

  48648    CHARLES T RYAN, LTD

  4784A              12/01/18  01  PROF SERV RE FILE NO4784  01-07-032-2843  99011206   01/17/19     1,550.00
                                                             GENERAL CORPORATE LEGAL CO
                                                                                       INVOICE TOTAL:   1,550.00

  99011208           01/09/19  01  PROF SERV RE FILE NO 4783 01-07-032-2843  99011208   01/17/19       325.00
                                                             GENERAL CORPORATE LEGAL CO
                                                                                       INVOICE TOTAL:     325.00
                                                                                       VENDOR TOTAL:    1,875.00

  48650    SAFETY KLEEN INC

  78509631           12/07/18  01  PARTS WASHER              01-22-076-2902  99011297   01/17/19       395.51
                                                             PARTS & MATERIALS
                                                                                       INVOICE TOTAL:     395.51
                                                                                       VENDOR TOTAL:      395.51

  48740    SAMS CLUB

  3074               11/09/18  01  Veterans Day              ** COMMENT **   99010980   01/17/19

  3074               11/09/18  02  INV 3074 06489 038        01-18-000-8001  99010980   01/17/19       167.92
                                                             SPECIAL EVENTS
                                                                                       INVOICE TOTAL:     167.92

  6479               11/16/18  01  Holiday Party             ** COMMENT **   99010981   01/17/19

  6479               11/16/18  02  INV 6479 06489 002        01-18-000-8001  99010981   01/17/19        30.32
                                                             SPECIAL EVENTS
                                                                                       INVOICE TOTAL:      30.32

  7484               12/20/18  01  GARAGE SUPPLIES           01-12-051-2904  99011301   01/17/19       210.10
                                                             SUPPLIES
                                                                                       INVOICE TOTAL:     210.10

  8442               12/27/18  01  SUPPLIES                  01-01-002-2902  99011199   01/17/19        45.90
                                                             OFFICE EXPENSE
                                                                                       INVOICE TOTAL:      45.90
```

Printed with FinePrint trial version - purchase at www.fineprint.com

Exhibit "N" pge 3 of 6

```
DATE: 12/28/18                     -= CITY OF CHICAGO HEIGHTS =-                    PAGE:   7
TIME: 13:10:48                        DETAIL BOARD REPORT
ID:   AP441000.WOW

                                 INVOICES DUE ON/BEFORE 01/02/2019

 INVOICE #              INVOICE  ITEM
 VENDOR #                DATE     #  DESCRIPTION              ACCOUNT #       P.O. #     DUE DATE        ITEM AMT
-------------------------------------------------------------------------------------------------------------------

 15184    DIVISION OF VITAL RECORDS

 99010952              12/20/18  01  NOVEMBER DEATH SURCHARGE  01-00-000-3343  99010952   01/02/19           188.00
                                                              DUE TO DIV OF VITAL RECORD
                                                                                      INVOICE TOTAL:        188.00
                                                                                      VENDOR TOTAL:         188.00

 17229    ENVIRO-TEST PERRY LABORATORIES

 18-133508             12/03/18  01  COLIFORM TESTING & PICK UP  50-70-283-5249  99011015   01/02/19          327.50
                                                              LAB TESTING EXPENSE
                                                                                      INVOICE TOTAL:        327.50
                                                                                      VENDOR TOTAL:         327.50

 18471    FIREFIGHTERS BOOKSTORE

 447332                12/06/18  01  MATERIALS #447332 12.2018  01-11-050-2825  99011036   01/02/19          708.06
                                                              TESTING SERVICE
                                                                                      INVOICE TOTAL:        708.06
                                                                                      VENDOR TOTAL:         708.06

 20335    GARDINER KOCH & WEISBERG

 137483                12/03/18  01  PRO. SVC. #137483 12.2018  01-07-032-2843  99011039   01/02/19        2,091.00
                                                              GENERAL CORPORATE LEGAL CO
                                                                                      INVOICE TOTAL:      2,091.00
                                                                                      VENDOR TOTAL:       2,091.00

 22170    GREAT LAKES UNDERGRND SPLY LLC

 13315                 06/15/18  01  SPEEDCRETE SPEED REPAIR    50-80-287-5340  99010997   01/02/19           84.00
                                                              MATERIALS & SUPPLIES - M &
                                                                                      INVOICE TOTAL:         84.00

 13319                 06/18/18  01  SPEEDCRETE SPEED REPAIR    50-80-287-5360  99010994   01/02/19          210.00
                                                              MATERIALS & SUPPLIES - MAN
                                                                                      INVOICE TOTAL:        210.00
```



Exhibit "N" pg4 of 6

```
DATE: 01/11/19                          -= CITY OF CHICAGO HEIGHTS =-                    PAGE:  14
TIME: 16:36:23                              DETAIL BOARD REPORT
ID:   AP441000.WOW

                                      INVOICES DUE ON/BEFORE 01/17/2019

 INVOICE #            INVOICE  ITEM
 VENDOR #             DATE      #  DESCRIPTION            ACCOUNT #           P.O. #    DUE DATE       ITEM AMT
---------------------------------------------------------------------------------------------------------------

13251    CURRIE  MOTORS

 99011267           01/09/19  01  VEHICLE REPAIR          01-22-076-2816     99011267  01/17/19          153.87
                                                          MAINTENANCE & REPAIRS
                                                                                       INVOICE TOTAL:    153.87
                                                                                       VENDOR TOTAL:     153.87

13993    DEL GALDO LAW GROUP, LLC

 21808              11/30/18  01  PROF SERV INV21808       01-07-032-2843     99011205  01/17/19          925.00
                                                          GENERAL CORPORATE LEGAL CO
                                                                                       INVOICE TOTAL:    925.00

 21809              11/30/18  01  PROF SERV IN"21809       01-07-032-2843     99011204  01/17/19        2,412.75
                                                          GENERAL CORPORATE LEGAL CO
                                                                                       INVOICE TOTAL:  2,412.75
                                                                                       VENDOR TOTAL:   3,337.75

15128    DIRECT ENERGY BUSINESS

 183510036870851A   12/17/18  01  ELECTRIC- O S 14TH-ARNOLD VALV  50-71-281-5410  99011399  01/17/19     66.28
                                                          PURCHASED POWER - ELECTRIC
                                                                                       INVOICE TOTAL:     66.28

 183510036870851B   12/17/18  01  ELECTRIC FOR STATE ST STATION   ** COMMENT **   99011400  01/17/19

 183510036870851B   12/17/18  02  ELECTRIC-CHGO HTS        50-71-283-5410     99011400  01/17/19        1,947.13
                                                          PURCHASED POWER - ELECTRIC
                              03  ELECTRIC-GLENWOOD        50-72-283-5410                                 245.38
                                                          PURCHASED POWER - ELECTRIC
                              04  ELECTRIC-THORNTON        50-73-283-5410                                  76.27
                                                          PURCHASED POWER - ELECTRIC
                              05  ELECTRIC-SO.CHGO.HTS     50-74-283-5410                                 126.35
                                                          PURCHASED POWER - ELECTRIC
                              06  ELECTRIC-FORD HTS        50-75-283-5410                                  95.00
                                                          PURCHASED POWER - ELECTRIC
                                                                                       INVOICE TOTAL:  2,490.13
```

Printed with FinePrint trial version - purchase at www.fineprint.com



Exhibit "N" page 50 # 6

```
DATE: 01/11/19                       -- CITY OF CHICAGO HEIGHTS --                        PAGE:  21
TIME: 16:36:24                          DETAIL BOARD REPORT
ID:   AP441000.WOW

                                   INVOICES DUE ON/BEFORE 01/17/2019

INVOICE #           INVOICE  ITEM
VENDOR #            DATE      #  DESCRIPTION              ACCOUNT #        P.O. #      DUE DATE        ITEM AMT
------------------------------------------------------------------------------------------------------------------

19949   GALLS

011565011           12/20/18  01  BOB'S REORDERD BOOTS    01-02-011-2100   99011218    01/17/19          108.00
                                                          UNIFORM ALLOWANCE
                                                                           INVOICE TOTAL:              108.00
                                                                           VENDOR TOTAL:               638.45

20962   LAW OFFICES OF DENNIS

17873               12/24/18  01  PROF SERV INV17873      01-07-032-2843   99011203    01/17/19        7,385.99
                                                          GENERAL CORPORATE LEGAL CO
                                                                           INVOICE TOTAL:            7,385.99
                                                                           VENDOR TOTAL:             7,385.99

23011   H & H ELECTRIC CO.

31932               11/30/18  01  TRAFFIC SIGNAL MAINTENANCE  06-09-093-4401  99011225  01/17/19      1,853.00
                                                          TRAFFIC SIGNAL MAINTENANCE
                              02  SERVICES FOR NOVEMBER 2018   ** COMMENT **
                              03  19-00000-00-GM               ** COMMENT **
                                                                           INVOICE TOTAL:            1,853.00

31963               11/30/18  01  TRAFFIC SIGNAL KNOCKDOWN    06-09-093-4403  99011233  01/17/19      3,599.17
                                                          EMERGENCY REPAIRS
                              02  SWC 12TH & HALSTED           ** COMMENT **
                              03  19-00000-00-GM               ** COMMENT **
                                                                           INVOICE TOTAL:            3,599.17
                                                                           VENDOR TOTAL:             5,452.17

23300   HAMMOND WATER WORKS DEPARTMENT

940730403128        12/28/18  01  WTR PURCHASE FROM HAMMOND     ** COMMENT **  99011391  01/17/19

940730403128        12/28/18  02  WTR PURCHASE-CHGO HTS    50-71-280-5277   99011391    01/17/19      237,455.86
                                                          PURCHASED WTR FRM HAMMOND
                              03  WTR PURCHASE-GLENWOOD    50-72-280-5279                              29,924.16
                                                          PURCHASED WTR FRM CHGO HTS
```

Printed with FinePrint trial version - purchase at www.fineprint.com



Exhibit "N" page 6 of 6

```
DATE: 01/11/19                          -= CITY OF CHICAGO HEIGHTS =-                          PAGE:   37
TIME: 16:36:24                             DETAIL BOARD REPORT
ID:   AP441000.WOW

                                   INVOICES DUE ON/BEFORE 01/17/2019

 INVOICE #         INVOICE  ITEM
 VENDOR #           DATE    #  DESCRIPTION            ACCOUNT #       P.O. #    DUE DATE      ITEM AMT
------------------------------------------------------------------------------------------------------------

 37613    MONTANA & WELCH, LLC

 11575            12/21/18  01  PROF SERV INV11575    36-00-000-8101  99011194  01/17/19         306.25
                                                      DEMOLITION OF BLDGS
                           02  PROF SERV INV11575     01-03-016-4500                           1,160.87
                                                      ECONOMIC DEVELOPMENT EXPEN
                           03  PROF SERV INV11575     01-07-032-2843                           1,909.85
                                                      GENERAL CORPORATE LEGAL CO
                                                                        INVOICE TOTAL:         3,376.97

 11576            12/21/18  01  PROF SERV INV11576    01-07-032-2843  99011195  01/17/19       1,125.00
                                                      GENERAL CORPORATE LEGAL CO
                                                                        INVOICE TOTAL:         1,125.00
                                                                        VENDOR TOTAL:          4,501.97

 37978    MOTION INDUSTRIES INC

 1109-548174      11/16/18  01  AUGER BEARINGS        01-22-076-2816  99011296  01/17/19         581.74
                                                      MAINTENANCE & REPAIRS
                                                                        INVOICE TOTAL:           581.74
                                                                        VENDOR TOTAL:            581.74

 38293    MULLERS AUTOMOTIVE INC

 6798             11/29/18  01  CHPD MECHANICAL REPAIR 01-22-076-2816  99011109  01/17/19      2,138.10
                                                      MAINTENANCE & REPAIRS
                                                                        INVOICE TOTAL:         2,138.10

 6864             12/18/18  01  CHPD MECHANICAL REPAIR 01-22-076-2816  99011110  01/17/19        244.32
                                                      MAINTENANCE & REPAIRS
                                                                        INVOICE TOTAL:           244.32
                                                                        VENDOR TOTAL:          2,382.42

 38378    MUNICIPAL COLLECTION SRVCS INC

 013301           11/30/18  01  NEW INVOICE-11/30/2018 01-02-011-5227  99011154  01/17/19      1,046.78
                                                      COLLECTION EXP - BAD DEBT
                                                                        INVOICE TOTAL:         1,046.78
                                                                        VENDOR TOTAL:          1,046.78
```

Printed with FinePrint trial version - purchase at www.fineprint.com

*Exhibit "O" page 1 of 3*

# SLOWIK: CHALLENGERS CRY FOUL IN DISPUTES OVER CHICAGO HEIGHTS ELECTION PETITIONS

Officials in Chicago Heights next week are expected to decide numerous challenges to petitions filed by candidates running for mayor and alderman.
Some of the challengers are crying foul, saying electoral board members who will decide challenges are too closely affiliated with incumbents in power.

"Every person involved here has a conflict of interest," Arthur W. Wiggins Jr., one of three challengers seeking to unseat Chicago Heights Mayor David Gonzalez, said Tuesday during an electoral board hearing.

The three-member board that is hearing objections involving Wiggins and other mayoral contenders consists of Chicago Heights Aldermen Wanda Rodgers, 3rd, Vincent Zaranti, 6th, and City Clerk Lori Wilcox, who defeated Wiggins in March during a three-way race for Bloom Township Democratic committeeman.

"I opposed her," Wiggins said of Wilcox. "She definitely should not be on this panel." Chicago attorney Michael Kaspar is representing Gonzalez. Kaspar has represented Illinois House Speaker Michael Madigan, Chicago Mayor Rahm Emanuel and others in election disputes.

Most communities in the south suburbs forego the municipal primary, which will take place on Feb. 26. For most people in the region, the date is significant only because it will thin the field of Chicago mayoral hopefuls.

In most Southland towns and school districts, candidates are filing nominating petitions this week for the April 2 consolidated election. Chicago Heights, however, is an exception.

Chicago Heights candidates filed petitions Nov. 19-26. On Tuesday, the local electoral board met to begin the process of reviewing 14 different objections to candidacies. Wiggins filed three of the objections but withdrew one. He also was the subject of objections filed by Chicago Heights residents Michael A. Stebel and Ruben Reynoso.  Matthew Welch, a partner with the Palos Heights-based firm Montana & Welch that is representing Stebel and Reynoso, said the petitions for Wiggins incorrectly stated the election in which he is running.

Exhibit "O" page 2 of 3

"All of the candidate's petitions state that he is being nominated for the office of mayor of the city of Chicago Heights at the April 2, 2019 election," the objection stated. "Candidate is attempting to bypass the requisite February 26, 2019 consolidated primary election."

Tuesday's proceedings were preliminary in nature, like when boxers scheduled for a prize fight weigh in before the big event.

"It's not anticipated there will be any substantive rulings today," said **Dennis Gianopolus**, a Lansing-based attorney who served as legal counsel for Tuesday's electoral board hearings.

Some candidates managed to throw a few proverbial punches during the preliminary hearings.

*"This is not a fair hearing. I suggest you recuse yourselves," independent mayoral candidate Sebastian Calvin Ghiles told the three-member electoral board. The three were all members of the Chicago Heights Unity Party, the dominant political organization in Chicago Heights, he said.*

"The organization you are all a part of should not be hearing this case," Ghiles said. Joshua Deabel, 4th Ward alderman, is the fourth candidate in the Chicago Heights mayoral race.

Stebel and Reynoso also are objecting to the petitions of candidate George Brassea, who seeks to unseat 5th Ward Ald. Richard Amadio.

"It just shows how undemocratic the petitioning process can be," Brassea said in a video message posted Sunday on social media. "So many things they're saying about my petitions are inaccurate. They're untrue."

Most of the objections concerned the validity of petition signatures, Gianopolus said. Those objections will be referred to the Cook County clerk's office for staff to examine signatures sometime within the next week, he said.

"They indicated they weren't in a position to give a definitive commitment as to when the records examination would be conducted," Gianopolus said.
In the meantime, people involved in petition challenges will have opportunities to file written motions outlining their legal arguments, he said. The deadline to file motions is Friday. Responses are due by Dec. 19. The electoral board will resume hearings on Dec. 21, when it is expected to decide the objections.

Exhibit "O" page 3 of 3

The Illinois Election Code states that challenges to petitions filed for municipal office shall be heard by an electoral board consisting of the mayor or village president, village clerk and the longest-serving alderman or trustee.

Gonzalez recused himself from hearing six objections related to the mayoral race, and Rodgers took his place on the board. But Gonzalez, Wilcox and Zaranti heard eight other objections pertaining to aldermanic races.

Candidates may appeal an electoral board's decision, according to the 2019 Candidate's Guide published by the Illinois State Board of Elections.

"Within five days after the decision of the electoral board, the candidate or objector aggrieved by the decision may file a petition for judicial review with the clerk of the circuit court," the guide states.

Neither county clerks nor the Illinois State Board of Elections publish information online about which municipalities participate in the Feb. 26 primary election. Nor do they publish information online about municipal petition objections.

 Chicago Heights did not publish any information on its website about candidates who have filed petitions, objections to those petitions or the electoral board hearings that took place on Tuesday.

In response to a Freedom of Information Act request, the Chicago Heights clerk's office provided a list of 20 candidates seeking 10 offices in the 2019 election.

In addition to the four-way race for mayor, four candidates are seeking the 3rd Ward seat held by Rodgers, who is challenged by Willie Robinson, Denise Manuel and John Pina. Wilcox is unopposed for clerk, as is Jim Dee for treasurer, Renee Smith for the 1st Ward alderman seat held by Walter Mosby and incumbent Sonia Perez in the 2nd Ward.

In addition to Brassea's challenge of Amadio in the 5th Ward, Charles Dieringer is challenging the incumbent Zaranti in the 6th Ward.

Christopher Baikauskas and Jason Amos are running for the 4th Ward seat held by Deabel. John Daniel and Kelli Merrick are running for the 7th Ward seat held by Sylvia Torres.

Exhibit "P".

STATE OF ILLINOIS )
                  ) SS
COUNTY OF COOK )

AFFIDAVIT RE: MOTION FOR THE CHICAGO HEIGHTS ELECTION BOARD TO RECUSE ITESLF FROM HEARING ON, IN ANY WAY OF PARTICITATING IN THE RULING ON MY CANDIACY NOMINATION PAPERS OF ME, SEBASTIAN CALVIN GHILES, A CANDIDATE FOR MAYOR OF CHICAGO HEIGHTS, IL.

NOW comes Sebastian Calvin Ghiles a Candidate for Mayor of the City of Chicago Heights, IL a duly registered voter, residing at 1909 Division Street, the City of Chicago Heights, IL., stating that I am above 18 years of age, and further stating that the following information is based on my personal knowledge, or I present information that I verily believe to be true and accurate, that is:

A. Over time, the City of Chicago Heights and the Chicago Heights Park District has enjoyed several different governances;

B. Perkins, Harper, McCoy, and Elliot vs The City of Chicago Height, the Chicago Heights Park District, etc. changed the governances to its present form

C. Historically the City of Chicago Height, its Park District, and the like with its surrounding area, including Bloom Township has been Republican Party oriented.

D. Just north of Bloom Township and that surrounding area has leaned to be Democrats.

E. Mars Ketchum vs. Jane Byrne, went a long way to usher in Gus Savage becoming Representative of the Second Congressional District in Chicago Heights, etc..

F. Subsequently the Republicans got with Gus Savages' opposition to bring in Mel Reynolds as the Congressman, replacing Gus Savage.

G. The Republican candidates were not being elected as they had been

H. At all relevant times in the above the Chicago Heights Board of Elections, was represented by the respective parties, that is Democrat and or Republican.

I. In the interim Attorneys Jones, a long time Democrat, and Somer, a long time Republican, ran as a tandem for judgeships.

J. Presently the Second Congressional District is represented by a Democrat, Congresswoman Robin Kelly.

K. In the interim, Chicago Heights Corporation Counsel Thomas J. Somer created what is called the "Unity Party (Affiant's Exhibit "A" a partial picture of the Unity Members) which is a marriage between the Republicans and the Democrats.

L. Each Chicago Heights Municipal Officers Electoral Board Member and each of their substitutes are members of the Unity Party, which taints the entire Board and their substitutes, and none are able to be fair and impartial.

SEBASTIAN C. GHILES  _Sebastian C. Ghiles_  12-10-18

Under penalties of perjury by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that I verily believe the same to be true

Received _Matt W___  12/11/18

Exhibit "Q"
PAGE 1 of 3

August 10, 2015

TO:        DAVID ORR, COOK COUNTY CLERK

FROM:      ROBERT McCOY – Write-In Candidate for Mayor 2015 Chicago Heights

SUBJECT:   Repeated Freedom of Information Act Compliance and Electoral Board
           Political Bias

Dear Clerk Orr:

The purpose of this letter is to make you aware of the numerous violations of the Freedom of Information (FOI) Act requests based on my submissions on June 03, 2015 and June 26, 2015, and to also identify why I am requesting said information.

Shortly after the April 7, 2015 municipal elections in Chicago Heights, I and two other candidates for Aldermen in the 1st and 7th wards started to investigate the election results. 7th Ward Aldermanic candidate John D. Daniel, Jr. was losing by only six (6) votes and we knew that two of these votes were cast from a documented boarded up house at 1539 Euclid Avenue in Chicago Heights.

Because the 7th Ward election was so close, we focused our efforts on its three precincts (all of #51 and parts of #46 and #25). The documents we received from the Cook County Clerk's office prior to June 03, 2015 FOI request was very helpful, and they raised additional questions which I will outline below.

1.  The Alderwoman for ward 7 is/was Sylvia Torres who is first cousin to the Chicago Heights Mayor, David Gonzalez. Our request of the names of the election judges trained by the County Board of Elections and paid with taxpayer dollars showed that Sylvia Gonzalez Torres was on election judge for pct. 51 (which is part of the 7th ward). Is it legal for a seated Alderwoman to be an election judge in her own Ward? Was the Board of Elections aware of who she was and who recommended her for the position? We want a copy of the Bloom Township Democratic and Republican Recommendations for election judges.

2.  The second issue we noticed was that none of the election judges for pct. 25 appear to be registered voters in Chicago Heights. Therefore we requested copies of their voter registration information and copies of who recommended them for these assignments. Was there a pattern of the election judges for ward 7 to be from outside Chicago Heights?

3.  Because of numerous irregularities on Election Day in ward 7, I requested a listing of the time when each person voted from the Cook County Board of Elections. One of the shocking discoveries was that Twenty-One (21) households within the 7th ward had two or more family members who voted at the EXACT same time. The names and addresses of said individuals are listed in my FOI request of June 3 and June

Exhibit "Q"
Page 2 of 3

Page 2 of 3

26, 2015. It's hard to believe that individuals age 88 and age 100 would be voting as quickly as their younger relatives. Please note that eleven (11) of these twenty-one (21) multiple votes within a minute occurred within pct. #51 where Alderwoman Sylvia Torres was an election Judge. This is why I requested the exact seconds of these votes and the ability to compare the voter registration card signatures to the signatures on Election Day and the signatures of all the election judges.

4.  All votes in pct. #51 were last on the same ballot type #71-30, why? Pct. # 25 and 46 had two types. Was there only one voting machine operating in pct. #51 on Election Day?

On June 05, 2015 the Cook County elections Department responded to my previous request dated May 19, 2015 and it is important that I respond in writing to one of your answers to this FOI request.

Question #7 – if the election judge allow persons to vote for registered voters, how can this practice be revealed (no reversed).

a)  This would be a felony, if you have information that might further an investigation please forward it. Response: The Cook County Elections Department has the information to prove or disprove whether multiple felonies have taken place and if your employees would provide us with what we have requested under the FOI or candidates information request. We will be able to take this information to the proper authorities.

Next, I would like to outline why the Chicago Heights Electoral Board should be disbanded and all election challenges handled by an independent agency.

On November 07, 2011 the Chicago Heights City Council approved Mayor David Gonzalez's appointment of John Daniel, Jr. a military veteran and retired Illinois State Trooper with over 25 years of service to the Police and Fire commission.

On or about December 03, 2014 Cecillio Torres II the husband of Alderwoman Sylvia Torres of 72 W. 15th Street Chicago Heights, Il 60411 filed an objection to the nomination papers of John Daniel Jr. based upon the fact that Mr. Daniel was a member of the Chicago Heights Police and Fire Commission appointed by the same Mayor David Gonzalez who is first cousin to Sylvia Gonzalez Torres and chairman of the Chicago Heights Electoral Board. The Chicago Heights Electoral Commission sustained this personally and politically motivated challenge and John Daniel Jr. was forced to spend thousands of dollars to appeal to the Circuit Court of Cook County Illinois. Mr. Daniel won on appeal and therefore his name appeared on the ballot for the April 7, 2015 election. Given that Mr. Daniel had run against Sylvia Gonzalez Torres in the April 04, 2011 election and he made it clear that he was going to run again in 2015, why did the Mayor appoint his political opponent, John Daniel to the police and fire commission? The Mayor should have recused himself from ruling on Mr. Daniel given that his first cousin benefited by his vote.

Exhibit "Q"

Page 3 of 3

PAGE 3 OF 3

The second example of political bias, by the Chicago Heights Electoral Board is another 2015 decision of the Board to remove another African American candidate, not running with the Mayor's Unity Party, off the ballot. Jimmy "Tee" Burnett ran with the Unity Party in 2011 for 3rd ward Park District Commissioner and won. In 2014 he decided to run for 3rd ward alderman against incumbent Wanda Rogers. Mr. Burnett was challenged by one of Alderman Rodger's relatives, Billy Davis, on the grounds that he had a criminal record, a record which wasn't an issue when he ran WITH the Unity Party in 2011. The Electoral Commission sustained the challenge and Mr. Barnett didn't have the resources to hire a lawyer. Alderman Rodgers was reelected without any opposition.

Since 1999, The Chicago Heights Electoral Commission has never ruled in favor of any candidate not allied with the local Bloom Township Unity Party, a political unity of both the Bloom Township Republican and Democratic parties. Conversely, they have never ruled against any Unity Party candidate.

In summary. I am requesting under the FOI Act that the Cook County Elections Department either honor the two previous requests that I have made or provide me with written denial letter(s) so that I can appeal to the appropriate agencies. Hopefully I have made it clear why I am requesting said information in the pursuit of electoral transparency.

Given that the last three or four times my colleagues and I have visited the Cook County Board of Elections offices we have been unable to talk to either Deputy Director Ryan Chew or the Freedom of Information Office, we would like to schedule separate meetings with both of these individuals. I will personally visit your offices to set up these meetings to avoid any miscommunication or delay. Hopefully these two meetings will suffice to obtain the information we are seeking to ascertain whether the April 07, 2015 election in Chicago Heights was fair or fraudulent. If said meetings are unsuccessful, my attorney and I will be scheduling a meeting with you, Clerk David Orr, personally, to make a final attempt to resolve any outstanding denial and or access to information.

If you have any questions, I may be reached by phone @ 708/679-1840 or by email at nubicentric@gmail.com or by mail at 585 West 16th Place Chicago Heights, IL 60411. Thank you in advance for your cooperation.

Respectfully,

Robert McCoy


Copy:  Attorney Robert Anderson
       Deputy Director Ryan Chew
       John D. Daniel, Jr.

Exhibit "R" page 1 of 2

Renee Smith
504 Andover Street
Chicago Heights, IL 60411
Ph#.312-375-0718

cc: Illinois Attorney General Office
cc: Cook County State's Attorney
cc: Federal Bureau of Investigation
2111 W. Roosevelt Road
Chicago, IL 60608

Dear Sir/Madame,

My name is Renee Smith, and I was a City of Chicago Heights Ward 1 Aldermanic candidate in the Consolidated Election which took place April 7, 2015. The purpose of this letter is to ensure that all parties involved in voter fraud and illegal city of Chicago Heights governmental practices are held accountable.

## NATURE OF THE COMPLAINT

In the matter involving Walter L. Mosby III, he has illegally held the offices of both Alderman and school board member from February 2012 and is currently occupying both positions. In December 2011 elected Alderman Willie White Died. Therefore, in February 2012 Mayor David A. Gonzalez passed over the 2011 2nd place Aldermanic candidate Robert McCoy and appointed unqualified district 163 school board member Walter L. Mosby III to incompatibly fill the Ward 1 Alderman vacancy. (Alderman Mosby should have never been taken into consideration for Alderman given the fact that he was forced to withdraw as a candidate in the 2011 Aldermanic election due to his petition being filed with forged signatures.)

Then in 2013, Alderman Mosby ran unopposed for Alderman while still an elected district 163 school board member. Furthermore, Alderman Mosby filed candidacy for both Ward 1 Alderman and School Board member, which as a result his name appeared twice on the ballot for the April 2015 election. Ultimately, Walter L. Mosby III was re-elected to both incompatible offices.

## THE LAW

To begin with, the law clearly states the Mayor must appoint a qualified successor to fill a vacancy. (65 ILCS 5/3.1-10-50)

The Illinois Attorney General's office has compiled a comprehensive list of incompatible offices which school board member and alderman are included. Incompatible office holding is prohibited in Illinois See Also 1980 IL. Att'y Gen. Op. 81 and 1985 IL Atty Gen Op. 019.

As a result, this made Walter L. Mosby III an Unqualified candidate to fill the vacancy.

According to the Illinois state statue civil procedure 50 ILCS 105/1.3 states that a board member may also be a city councilman, a city alderman or a village trustee if the village, city or unincorporated town has 2,500 or fewer inhabitants.

Well, according to the United States census bureau, Chicago Heights had a population of 30,423 in 2013 and in Ward 1 alone there are roughly 3000 registered voters. The Illinois Election Code

Exhibit "R" page 2 of 2

does have provisions intended to prevent people from running for mutually incompatible offices at the same election (see 10 ILCS 5/10-7). However, I was unaware of his dual candidacy until the first day of early voting

Therefore, to sum it up, any person whom unlawfully holds a public office, works a forfeiture of his or her office (See 735 ILCS 5/18-101 et seq. (West 2012). Which, at this time, is the reason I am requesting that you proceed with quo warranto on my behalf. Also, holding these two incompatible offices is a class 4 felony punishable by law. (See 50 ILCS 105/3)

As a result of these findings, I ask that his candidacy for both school board member and Ward 1 Alderman be declared void for the 2015 consolidated election. And he should be forced to repay the 8, 500 he was paid per year in exchange for him defrauding the taxpayers of Chicago Heights first ward.

Furthermore, Mayor David A. Gonzalez should not be allowed to fill this vacancy due to the fact that he is in violation as well for appointing an unqualified candidate. In fact, the entire Chicago Heights elector board needs to be investigated and reprimanded according to the law. Although, I was unsuccessful in my attempt to bring this issue to your attention prior to Election Day, I ask that my complaint as well as the law is taken into consideration in order to rectify this matter.

Thank you in advance for your time.


Sincerely,


**Renee Smith**

Exhibit "S" page 1 of 2

TO:   ATTORNEY GENERAL LISA MADIGAN
      COOK COUNTY ATTORNEY GENERAL ANITA ALVAREZ
      COOK COUNTY CLERK DAVID ORR

The purpose of this letter is to request that the appropriate agencies of the State of Illinois and or the County of Cook insure that the vote fraud and acts of election conspiracy to knowingly commit a class 4 felony against the citizens of the first ward in Chicago Heights be prosecuted to the fullest extent of the law.

The facts of this fraud conspiracy are as follows:

1)   On or about December 2011, newly re-elected first ward Alderman Willie White died and Chicago Heights Mayor David A Gonzalez appointed Walter Mosley III to fill the vacancy. Mr. Mosby continued to be a member of the District 163 school board.

2)   In 2012, Alderman Mosby ran unopposed to complete the remaining 2 years of Alderman White's term. Note that Mayor Gonzalez did not offer the vacancy to the man who came in second place in the 2011 first ward aldermanic race, Robert McCoy.

3)   In 2014, Alderman Mosby was up for re-election to both offices, ward one alderman and District 163 school board. He is currently the school board president.

We know that it was illegal for Mr. Mosby to be on the same ballot for two different elected offices. Further research revealed that it was also illegal for Mayor David Gonzalez to have appointed Mr. Mosby to fill the aldermanic vacancy with a current member of the District 163 school board.

Secondly, Mr. Mosby should have withdrawn his candidacy from one of these two offices in the fall of 2014 by the statutory deadline date, long before the ballots were printed for the 2015 election. Furthermore, Alderman Mosby and Mayor Gonzalez cannot be allowed to further defraud the voters of ward one by having Alderman Mosby illegally run and be declared the winner so that Mayor Gonzalez can appoint another Alderman to fill Alderman Mosby's vacancy. A person who didn't run for the office and didn't receive one legitimate vote for Alderman of ward one should not be our next alderman.

Our goal was to compel the appropriate agencies of the State of Illinois and or the County of Cook to act prior to the April 7, 2015 municipal election. We attempted to hand deliver the original letter of complaint to both the Cook County Clerk, David Orr's representative and to the Office of the Illinois State Board of Election on Date: _____. Representatives from both offices refused to accept our written request for action regarding these acts of conspiracy to commit voter fraud in Chicago Heights (see Exhibit "A" original Letter). Subsequently we were forced to mail said letter

Exhibit "S" page 2 of 2

to both agencies thus wasting valuable time needed to prevent a preventable incompatible crisis in Chicago Heights.

Our interpretation of Illinois Election Law and Case Law is that because Alderman Mosby didn't withdraw from one of the incompatible offices prior to the deadline to withdraw, he must be removed from both offices and the person who came in second place in the aldermanic race should be declared the winner of the April 7, 2015 election and that the person who came in fourth place in the District 163 school board election should be declared the third place winner and both sworn in at the next council and board and meeting.

We are also asking that legal action be taken against Chicago Heights Mayor David Gonzalez for fraudulently appointing Mr. Mosby to an incompatible office. Disciplinary action should be taken against Chicago Heights City Clerk Lori Wilcox for not executing her constitutional duties to prevent election fraud and properly notify Cook County Election officials that Mr. Mosby held two incompatible offices. Lastly, someone at the Cook County Board of Elections should have questioned the same name appearing on the same ballot twice.

The regulator of Illinois Election Law cannot allow well connected politicians to game our democratic system. Surely Mayor Gonzalez could have selected from over 3000 registered voters in ward one to fill the aldermanic vacancy in late 2011 early 2012, with a person who would not be an illegal appointment. Given the documented financial misappropriation of District 163 tax payer dollars committed by Mr. Mosby one would think that this too would have eliminated Mr. Mosby from consideration. Lastly, Mr. Mosby should have been completely eliminated from consideration given his forced withdrawal of candidacy during his attempted run for alderman in 2011 due to his petitions being filled with clearly forged signatures.

In conclusion, we must not let the lawyer whose duty it is to give legal advice to these three elected officials off the hook. The City of Chicago Heights, the lawyer for City Clerk Lori Wilcox and the attorney for school district 163 must be questioned under oath regarding the legal advice they gave to their respective clients regarding this matter so that we know who knew, what, when.

In a similar case in Harvey, Illinois when an elected official holding two offices, Park District commissioner and school board member, the official was reportedly stripped of both incompatible offices. The major difference in this case is that the Felony was initiated through a mayoral appointment and the violation has been allowed to continue for over two years. Why? Given the conspiracy nature of this violation we also ask that Mr. Mosby be forced to replay the $8,500 a year he was paid in exchange for his defrauding the taxpayers of the first ward in Chicago Heights.

 Exhibit "T"

January 31, 2019

Jason M. Amos
815 N. Highland Dr.
Chicago Heights, IL 60411

**Re: Freedom of Information Request**

Dear Sir or Madam:

The Chicago Heights Public Library (the "Library") is in receipt of your Freedom of Information Act ("FOIA" or the "Act") request. In said request, you asked for the following:

*New library cards issued from Jan. 2011 – Jan. 2019*

*Full name example – John B. Park*
*Address*

*Also who issued library cards?*

*And salary of Kelley Nichols Supervisor at Chicago Heights Library.*

The Library is in possession of the attached record(s) that are responsive to your request for "salary of Kelley Nichols Supervisor at Chicago Heights Library." The remainder of your request is denied for the reasons stated below.

Section 7(1)(a) of the Act exempts from disclosure information specifically prohibited from disclosure by federal or State law or rules and regulations implementing federal or State law. 5 ILCS 140/7(1)(a). The Library Records Confidentiality Act (75 ILCS 70/1) provides that "[t]he registration and circulation records of a library are confidential information" and that "[n]o person shall publish or make any information contained in such records available to the public unless" (1) the person is "required to do so under a court order" or (2) "the information is requested by a sworn law enforcement officer" and other conditions are met. The Library Records Confidentiality Act defines "registration records" as including "any information a library requires a person to provide in order for that person to become eligible to borrow books and other materials" (75 ILCS 70/1).

Your request for records reflecting "[n]ew library cards issued from Jan. 2011 – Jan. 2019," "who issued library cards," and the "[f]ull name" and "[a]ddress" seeks "registration" and/or "circulation" records as defined by the Library Records Confidentiality Act. Accordingly, the information you are seeking is exempt from disclosure under the Act and your request is denied. You have the right to seek judicial review of this response or to request that the Public Access Counselor review this denial by submitting a request for review to the Public Access Counselor, Office of the Attorney General, 500 S. 2nd Street, Springfield, Illinois 62706 or (312) 814-5526.

Sincerely,

Kelley D. Nichols-Brown
Director, Chicago Heights Public Library